BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX LITIGATION | MDL Docket  3076 |
|---|---|

PARTIES REPRESENTED LIST

Plaintiffs:

Edwin Garrison,
Gregg Podalsky,
Skyler Lindeen,
Alexander Chernyavsky,
Gary Gallant,
David Nicol, and
Sunil Kavuri
Michael Norris,
Shengyun Huang,
Michael Livieratos,
Brandon Rowan,
Vijeth Shetty, and
Bo Yang