BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL Docket No. 3076 |

CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Appearance and this Certificate of Service were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties in manners indicated and addressed as follows:

| Service List | |
|---|---|
| Counsel for Plaintiffs in *Norris et al v. Brady et al*, Case No. 1:23-CV-20439-KMM (S.D. Fla.):<br><br>Via Electronic Mail<br><br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131 - 33130<br>305-374-0440<br>jose@markmigdal.com | Counsel for Defendant Thomas Brady in *Norris et al v. Brady et al*, Case No. 1:23-CV-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>And<br><br>Counsel for Defendant Gisele Bundchen in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>And<br><br>Counsel for Defendant Lawrence Gene David in *Garrison et al v. Bankman-Fried et* |

| | |
|---|---|
| Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Boies Schiller & Flexner<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br><br>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br><br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com | *al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):<br><br>Via Electronic Mail<br><br>Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>scasey@colson.com<br><br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134 305-476-7400<br>zach@colson.com<br><br>Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br><br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Brittany.Record@lw.com<br><br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br><br>Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067 |
| Counsel for Plaintiffs in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.):<br><br>Via Electronic Mail<br><br>Adam M. Moskowitz | |

2

PROOF OF SERVICE                                           MDL No. 3076

| | |
|---|---|
| The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br><br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Boies Schiller & Flexner<br>Miami Tower Miami<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br><br>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br><br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>dboies@bsfllp.com<br><br>Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP | 424-653-5500<br>Jessica.stebbinsbina@lw.com<br><br>Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Marvin.Putnam@lw.com<br><br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com<br><br>Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>Susan.Engel@lw.com<br><br>Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle Penthouse<br>Coral Gables, FL 33134-2351<br>305-476-7400<br>305-476-7444<br>bob@colson.com |
| | Counsel for Defendant Kevin O'Leary in:<br>*Norris et al v. Brady et al*, Case No. 1:23-CV- 20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV- 23753-KMM (S.D. Fla.)<br><br> Via Electronic Mail <br><br>Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP |

3

**PROOF OF SERVICE**                            **MDL No. 3076**

| | |
|---|---|
| 100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-539-8400<br>Fax: 305-539-1307<br>Email: tulrich@bsfllp.com | One Biscayne Tower<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com |
| Counsel for Plaintiffs in *Podalsky et al v. Bankman-Fried* et al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):<br><br>                    Via Electronic Mail<br><br>Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br><br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>305-740-1423<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Boies Schiller & Flexner<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131- 2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br><br>Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>305-479-6553<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street | Jeffrey Eldridge Marcus<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>305-400-4260<br>866-780-8355<br>jmarcus@mnrlawfirm.com<br><br>Jeffrey Adam Neiman<br>Marcus Neiman Rashbaum & Pineiro LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br><br>Michael Anthony Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 S. Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>305-400-4268<br>mpineiro@mnrlawfirm.com<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>310-278-2111<br>abrettler@berkbrettler.com<br><br>Counsel for Defendant David Ortiz in *Norris et al v. Brady et al*, Case No. 1:23-CV-20439- KMM (S.D. Fla.); *Garrison et al v. Bankman- Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D.Fla.): |

4

**PROOF OF SERVICE**                                                                 **MDL No. 3076**

| | |
|---|---|
| Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br><br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br><br>914-749-8200<br>dboies@bsfllp.com | Via Electronic Mail<br><br>Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>305-982-5572<br>305-374-5095<br>christopher.carver@akerman.com<br><br>Jason Samuel Oletsky<br>Akerman LLP<br>201 East Las Olas Boulevard Ste 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>954-463-2224<br>jason.oletsky@akerman.com<br><br>Katherine Ann Johnson<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>954-463-2700<br>954-463-2224<br>Katie.johnson@akerman.com |
| Counsel for Plaintiff in *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV- 00024-JSC (N.D. Cal.):<br><br>Via Electronic Mail<br><br>Frederic S. Fox<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br>FFox@kaplanfox.com<br><br>Jeffrey Philip Campisi<br>Kaplan Fox and Kilsheimer LLP<br>850 Third Avenue<br>New York, NY 10022<br>212-687-1980<br>jcampisi@kaplanfox.com<br><br>Joel B. Strauss<br>Kaplan Fox & Kilsheimer LLP<br>805 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br>212-687-7714<br>jstrauss@kaplanfox.com<br><br>Kathleen A. Herkenhoff<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707 | |
| | Counsel for Defendant William Trevor Lawrence in: *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D.Fla.):<br><br>Via Electronic Mail<br><br>David Alan Rothstein<br>Alexander Manuel Peraza<br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>305-374-1920<br>Fax: 374-1961<br>drothstein@dkrpa.com |

5

**PROOF OF SERVICE**  MDL No. 3076

| | |
|---|---|
| Kherkenhoff@kaplanfox.com<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com | aperaza@dkrpa.com<br>eshaba@dkrpa.com<br><br>Eric A. Fitzgerald<br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4334<br>eric.fitzgerald@mgclaw.com<br>hillary.ladov@mgclaw.com |
| Counsel for Plaintiff in *Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.):<br><br>     Via Electronic Mail<br><br>P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>415-212-9300<br>shilfingerpardo@edelson.com<br><br>Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>tlogan@edelson.com<br><br>Yaman Salahi<br>Edelson PC<br>150 California Street,<br>18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>ysalahi@edelson.com | Counsel for Defendant Golden State Warriors, LLC in *Garrison et al v. Bankman-Fried et al,* Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D.Fla.); *Lam et al v. Bankman-Fried,* Case No. 3:22-cv-07336-JSC:<br><br>     Via Electronic Mail<br><br>Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Tel +1 415.393.8212<br>Fax +1 415.374.8466<br>MKahn@gibsondunn.com |
| Counsel for Plaintiff in *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.):<br><br>     Via Electronic Mail | Counsel for Defendant Samuel Bankman-Fried in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D.Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.);*Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, Case No. 3:22-cv- 07666-JSC (N.D. Cal.); *Hawkins v. Bankman- Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.): |

6

PROOF OF SERVICE                  MDL No. 3076

| | |
|---|---|
| Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>310-405-7190<br>jpafiti@pomlaw.com<br><br>Joshua B. Silverman<br>Pomerantz LLP<br>10 S LaSalle St<br>Suite 3505<br>Chicago, IL 60603<br>312-377-1181<br>jbsilverman@pomlaw.com<br><br>J Alexander Hood, II<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>212-661-1100<br>212-661-8665<br>ahood@pomlaw.com<br><br>Jeremy A. Lieberman<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor New York, NY 10016<br>212-661-1100<br>212-661-8665<br>jalieberman@pomlaw.com<br><br>Peretz Bronstein<br>Bronstein Gewirtz & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212-697-6484<br>212-697-7296<br>peretz@bgandg.com<br><br>Eitan Kimelman<br>Bronstein Gewirtz & Grossman LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>212-697-6484<br>212-697-7296 | Via Electronic Mail<br><br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com |
| | Defendant, Stephen Curry in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):<br><br>Via U.S. Mail<br><br>115 Stephanie Lane<br>Alamo, California 94507-1227 |
| | Defendant, Shaquille O'Neal in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV- 23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv- 23983-KMM (S.D. Fla.):<br><br>Via U.S. Mail<br><br>4012 Sahara Ct,<br>Carrollton, TX 75010 |
| | Defendant, Udonis Haslem in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.):<br><br>Via U.S. Mail<br><br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332-3 |

| | |
|---|---|
| eitank@bgandg.com | |
| Counsel for Plaintiffs in *Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.):<br><br>Via Electronic Mail<br><br>Patrick Yarhorough<br>Foster Yarborough PPLC<br>917 Houston TX, 77002<br>713-513-5202<br>patrick@fosteryarborough.com<br><br>Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road,<br>Suite B, PMB 51811<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com<br><br>Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>877-276-5084<br>888-551-2252<br>steve@vondranlegal.com | Defendant, Shohei Ohtani in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):<br><br>Via U.S. Mail<br><br>2000 Gene Autry Way Anaheim, California,92806 |
| | Defendant, Naomi Osaka in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.):<br><br>Via U.S. Mail<br><br>9621 Arby Dr.<br>Beverly Hills, California, 90210 |
| Counsel for Plaintiff, Elliott Lam in *Lam et al v. Bankman-Fried,* Case No. 3:22-cv-07336-JSC (N.D. Cal.):<br><br>Via Electronic Mail<br><br>William M. Audet<br>Audet & Partners, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3229<br>415-568-2555<br>415-568-2556<br>waudet@audetlaw.com<br><br>Kurt David Kessler | Consol Defendant, Sam Trabucco in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22- CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv- 23983-KMM (S.D. Fla.); *Jessup v. Bankman- Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.):<br><br>Via U.S. Mail<br><br>36 Winner Circle,<br>Wells ME 04090-5174 |
| | Defendant Caroline Ellison in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v.* |

8

PROOF OF SERVICE                                              MDL No. 3076

Audet & Partners LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
415-568-2555
kkessler@audetlaw.com

Laurence D. King
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
415-772-4700
415-772-4707
lking@kaplanfox.com

Ling Yue Kuang
Audet & Partners, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
415-568-2555
415-568-2556
lkuang@audetlaw.com

Yaman Salahi
Edelson PC
150 California Street, 18th Floor
San Francisco, CA 94111
415-212-9300
415-373-9435
ysalahi@edelson.com

Counsel for Plaintiffs in *Gonzalez v. Silvergate Bank et al*, Case No. 3:22-CV-01981-BEN-WVG (S.D. Cal.):

Via Electronic Mail

Adam E. Polk
Girard Sharp LLP
601 California Street, Suite 1400
San Francisco, CA 94108
415-981-4800
apolk@girardsharp.com

Daniel C. Girard
Girard Sharp LLP

*Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.) *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.); *Lam et al v. Bankman-Fried,* Case No. 3:22-cv-07336- JSC:

Via U.S. Mail

327 Franklin Street
Newton, MA 02458

And

Via Electronic Mail

c/o Stephanie Avakian

Wilmer Hale
2100 Pennsylvania Avenue NW
Washington DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

Defendant Zixiao "Gary" Wang in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV- 23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv- 23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.):

Via U.S. Mail

304 Island Lane

| | |
|---|---|
| 601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>415-981-4846<br>dgirard@girardsharp.com<br><br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com (Inactive)<br><br>Makenna Cox<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>mcox@girardsharp.com | Egg Harbor Township, NJ 08234<br><br>And<br><br>Via Electronic Mail<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>alex.miller@friedfrank.com<br><br><br>Defendant Nishad Singh in *Garrison et al v. Bankman-Fried et al*, Case No. 1:22-CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, Case No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.): |
| Counsel for Plaintiffs in *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, Case No.: 3:22-CV-01901- BEN-WVG (S.D. Cal.):<br><br>Via Electronic Mail<br><br>Caroline S. Emhardt<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com<br><br>Jack Fitzgerald<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200 | Via U.S. Mail<br><br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>And<br><br>Via Electronic Mail<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004 2400<br>202-842-7800<br>agoldstein@cooley.com<br><br><br>Consol Defendant, Dan Friedberg in |

| | |
|---|---|
| San Diego, CA 92110<br>619-215-1741<br>619-331-2943<br>jack@fitzgeraldjoseph.com<br><br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>619-238-1811<br>619-544-9232<br>jdavis@cglaw.com (Inactive)<br><br>Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>melanie@fitzgeraldjoseph.com<br><br>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>paul@pauljosephlaw.com<br><br>Thomas Joseph O'Reardon, II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>toreardon@bholaw.com<br><br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>tblood@bholaw.com<br><br>Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP | *Garrison et al v. Bankman-Fried et al*, Case No. 1:22- CV-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv- 23983-KMM (S.D. Fla.):<br><br> Via U.S. Mail <br>1133 Bigelow Ave N Seattle, WA 98109-3208<br><br>And<br><br> Via Electronic Mail <br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>212.880.9555<br>tkasulis@maglaw.com |
| | Counsel for Defendant Armanino LLP in *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.):<br><br> Via Electronic Mail <br>Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br><br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000 |

| | |
|---|---|
| 2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>trevor@fitzgeraldjoseph.com | 213-532-2020<br>khornbeck@HuntonAK.com<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com |
| Counsel for Plaintiffs Andrawes Husary, Francisco De Tomaso, Soham Bhatia, Michael Hawwa in *Husary et al v. Silvergate Bank et al*, Case No. 3:23-CV-00038-BEN- WVG (S.D. Cal.): | |
| Via Electronic Mail<br><br>Isabella Martinez<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br><br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><br>Jason Kenneth Kellogg<br>Levine Kellogg Lehman Schneider & Grossman<br>Miami Tower<br>100 SE 2nd, Street,<br>36th Floor<br>Floor Miami, FL 33131<br>305-403-8788<br>jk@lklsg.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com (Inactive) | Counsel for Defendant Prager Metis CPAs, LLC in *Papadakis v. Bankman-Fried et al*, Case No. 3:23-CV-00024-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, Case No. 3:22-CV-07444-JSC (N.D. Cal.):<br><br>Via Electronic Mail<br><br>Bruce Roger Braun<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, Il 60603<br>312-853-7000<br>312-853-7036<br>bbraun@sidley.com<br><br>Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com<br><br>Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street |

| | |
|---|---|
| Marcelo Diaz-Cortes<br>Levine Kellogg Lehman Schneider & Grossman LLP<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>md@lklsg.com<br><br>Matthew Whitacre Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>matthew@reiserlaw.com<br><br>Michael J Reiser<br>Law Office of Michael Reiser<br>961Ygnacio Valley Road Walnut Creek, CA 94596<br>925-256-0400<br>michael@reiserlaw.com<br><br>Victoria J. Wilson<br>Levine Kellogg Lehman Schneider Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>305-403-8788<br>305-403-8789<br>vjw@lklsg.com | Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com |
| | Counsel for Defendant Silvergate Bank in *Gonzalez v. Silvergate Bank et al*, Case No. 3:22-CV-01981-BEN-WVG (S.D. Cal.);*Husary et al v. Silvergate Bank et al*, Case No. 3:23-CV-00038-BEN-WVG (S.D. Cal.):<br><br>And<br><br>Counsel for Defendant Silvergate Capital Corporation in *Gonzalez v. Silvergate Bank et al*, Case No. 3:22-CV-01981-BEN-WVG (S.D. Cal.); *Husary et al v. Silvergate Bank et al*, Case No. 3:23-CV-00038-BEN-WVG (S.D. Cal.); *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, Case No.: 3:22-CV-01901-BEN-WVG (S.D. Cal.):<br><br>And<br><br>Counsel for Defendant Alan J. Lane in *Gonzalez v. Silvergate Bank et al*, Case No. 3:22-CV-01981-BEN-WVG (S.D. Cal.); *Husary et al v. Silvergate Bank et al*, Case No. 3:23-CV-00038-BEN-WVG (S.D. Cal.); *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, Case No.: 3:22-CV-01901- BEN-WVG (S.D. Cal.):<br><br>And<br><br>Counsel for Defendant Christopher M. Lane, Tyler J. Pearson, Jason Brenier in *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, Case No.: 3:22-CV-01901-BEN-WVG (S.D. Cal.):<br><br>                          Via Electronic Mail |

|  | John Michael Landry<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br><br>Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton LLP<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com<br><br>Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com |
|---|---|

Respectfully submitted,
**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

Dated: March 3, 2023

By: /s/ Jeffrey A. Neiman

Jeffrey A. Neiman
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 462-1200
jneiman@mnrlawfirm.com

*Counsel for Defendant Kevin O'Leary*

Case No. 1:22-cv-23753 (S.D. Fla.)
Case No. 1:23-cv-20439 (S.D. Fla.)