BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX COLLAPSE LITIGATION | MDL No. 3076 |
|---|---|

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that Counsel for parties in the involved actions were served with this *Notice of Appearance* via notices of electronic filing through the CM/ECF system. In addition, all counsel and parties identified in the attached service list for whom undersigned counsel has e-mail addresses were served via e-mail on March 3, 2023.

Date:  March 3, 2023

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Andrew B. Clubok*
    Andrew B. Clubok
    andrew.clubok@lw.com
    D.C. Bar No. 446935
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004-1304
    Telephone:  202.637.2200
    Facsimile:  202.637.2201

Attorneys for Defendants Thomas Brady, Gisele Bundchen, and Lawrence Gene David

| SERVICE LIST ||
|---|---|
| **VIA EMAIL**<br><br>William M. Audet<br>Ling Y. Kuang<br>Kurt D. Kessler<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br>kkessler@audetlaw.com<br>AUDET & PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556<br><br>Robert L. Lieff<br>rlieff@lieff.com<br>P.O. Drawer A<br>Rutherford, California 94573<br><br>Edward Lehman<br>elehman@lehmanlaw.com<br>Jacob Blacklock<br>jblacklock@lehmanlaw.com<br>LEHMAN, LEE & XU LLC<br>c/o LEHMAN, LEE & XU<br>Suite 3313, Tower One, Times Square 1 Matheson Street,<br>Causeway Bay, Hong Kong<br>Telephone: (852) 3588-2127<br>Facsimile: (852) 3588-2088<br><br>*Counsel for Plaintiff Elliott Lam*<br>    *Lam v. Bankman-Fried,* No. 22-cv-7336-JSC (N.D. Cal.) | **VIA EMAIL**<br><br>Jennifer Pafiti<br>jpafiti@pomlaw.com<br>POMERANTZ LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024<br>Telephone: (310) 405-7190<br><br>Jeremy A. Lieberman<br>jalieberman@pomlaw.com<br>J. Alexander Hood II<br>ahood@pomlaw.com<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br><br>Peretz Bronstein<br>peretz@bgandg.com<br>Eitan Kimelman<br>eitank@bgandg.com<br>BRONSTEIN, GEWIRTZ & GROSSMAN, LLC<br>60 East 42nd Street, Suite 4600<br>New York, New York 10165<br>Telephone: (212) 697-6484<br>Facsimile: (212) 697-7296<br><br>*Counsel for Plaintiff Russell Hawkins*<br>    *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Todd Logan<br>tlogan@edelson.com<br>Yaman Salahi<br>ysalahi@edelson.com<br>P. Solange Hilfinger-Pardo<br>shilfingerpardo@edelson.com | **VIA EMAIL**<br><br>Marshal J. Hoda<br>marshal@thehodalawfirm.com<br>THE HODA LAW FIRM, PLLC<br>12333 Sowden Road, Suite B<br>Houston, TX 77080<br>Tel: (832) 848-0036 |

| | |
|---|---|
| EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435<br><br>*Counsel for Plaintiff Michael Jessup*<br>   *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.) | Steven C. Vondran<br>steve@vondranlegal.com<br>THE LAW OFFICES OF STEVEN C. VONDRAN, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>Tel: (877) 276-5084<br><br>*Counsel for Plaintiff Stephen Pierce*<br>   *Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com | **VIA EMAIL**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br>tulrich@bsfllp .com<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>*Counsel for Plaintiffs*<br>   *Garrison et al v. Bankman-Fried et* al, No. 1:22-cv-23753-KMM (S.D. Fla.) |

| | |
|---|---|
| *Counsel for Plaintiffs*<br>    *Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.) | |
| **VIA EMAIL**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br>tulrich@bsfllp.com<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>*Counsel for Plaintiffs*<br>    *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA EMAIL**<br><br>Adam E. Polk<br>Daniel C. Girard<br>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br>dgirard@girardsharp.com<br>tomw@girardsharp.com<br><br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street<br>Suite 610<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>lindner@stuevesiegel.com (Inactive)<br><br>Makenna Cox<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>mcox@girardsharp.com<br><br>*Counsel for Plaintiffs*<br>    *Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.)<br><br>    *Magleby et al v. Silvergate Bank et al*, No. 3:23-cv-00669-AGT (N.D. Cal.) |

| | |
|---|---|
| **VIA EMAIL**<br><br>Caroline S. Emhardt<br>Jack Fitzgerald<br>Melanie Rae Persinger<br>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>Trevor Matthew Flynn<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com<br>jack@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>paul@fitzgeraldjoseph.com<br>trevor@fitzgeraldjoseph.com<br><br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>619-238-1811<br>619-544-9232<br>jdavis@cglaw.com (Inactive)<br><br>Thomas Joseph O'Reardon, II<br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>toreardon@bholaw.com<br>tblood@bholaw.com<br><br>*Counsel for Plaintiffs*<br>   *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D. Cal.) | **VIA EMAIL**<br><br>Brandon Scott Floch<br>Jeffrey Eldridge Marcus<br>Michael Anthony Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com<br>jmarcus@mnrlawfirm.com<br>mpineiro@mnrlawfirm.com<br><br>Jeffrey Adam Neiman<br>Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>310-278-2111<br>abrettler@berkbrettler.com<br><br>*Counsel for Defendant Kevin O'Leary*<br>   *Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.)*; Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.)*; Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA EMAIL**<br><br>Andrew B. Clubok<br>Susan E. Engel<br>Brittany M.J. Record<br>Latham & Watkins LLP | **VIA EMAIL**<br><br>Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street |

555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202-637-2200
andrew.clubok@lw.com
Brittany.Record@lw.com
Susan.Engel@lw.com

Marvin Putnam
Jessica Stebbins Bina
Elizabeth A. Greenman
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
424-653-5500
Elizabeth.Greenman@lw.com
Jessica.stebbinsbina@lw.com
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
714-540-1235
michele.johnson@lw.com

Roberto Martinez
Stephanie Anne Casey
Zachary Andrew Lipshultz
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
305-476-7400
305-476-7444
bob@colson.com
scasey@colson.com
zach@colson.com
bob@colson.com

*Counsel for Defendant Thomas Brady*
   *Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et* al, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) (as consolidated in *Garrison*)

Miami, FL 33131
305-982-5572
305-374-5095
christopher.carver@akerman.com

Jason Samuel Oletsky
Katherine Ann Johnson
Akerman LLP
201 East Las Olas Boulevard Ste 1800
Fort Lauderdale, FL 33301
954-759-8909
954-463-2224
jason.oletsky@akerman.com
Katie.johnson@akerman.com

*Counsel for Defendant David Ortiz*
   *Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)

**VIA EMAIL**

c/o Stephanie Avakian
Wilmer Hale
2100 Pennsylvania Avenue NW
Washington
DC 20037
Phone: 202-663-6471
stephanie.avakian@wilmerhale.com

**VIA U.S. MAIL**

327 Franklin Street
Newton, MA 02458

*Defendant Caroline Ellison*
   *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) *Papadakis v. Bankman-Fried et al*, No. 3:23-CV-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et* al, No. 3:22-

- 6 -

| | |
|---|---|
| *Counsel for Defendant Gisele Bundchen*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>*Counsel for Defendant Lawrence Gene David*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) (as consolidated in *Garrison*) | cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.); *Lam et al v. Bankman-Fried*, No. 3:22-cv-07336-JSC |
| **VIA EMAIL**<br><br>David Alan Rothstein<br>Alexander Manuel Peraza<br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>305-374-1920<br>Fax: 374-1961<br>Email: drothstein@dkrpa.com<br>Email: aperaza@dkrpa.com<br>Email: eshaba@dkrpa.com<br><br>Eric A. Fitzgerald<br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103 (484) 406-4334<br>Email: eric.fitzgerald@mgclaw.com<br>Email: hillary.ladov@mgclaw.com<br><br>*Counsel for Defendant William Trevor Lawrence*<br>   *Garrison et al v. Bankman-Fried et* al, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA EMAIL**<br><br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com<br><br>*Counsel for Defendant Samuel Bankman-Fried*<br>   *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et* al, No. 3:22-cv-07666-JSC (N.D. Cal.) *Hawkins v. Bankman-Fried et* al, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921 | **VIA U.S. MAIL**<br><br>4012 Sahara Ct,<br>Carrollton, TX 75010 |

| | |
|---|---|
| Tel: 415.393.8212<br>Fax: 415.374.8466<br>MKahn@gibsondunn.com<br><br>*Counsel for Defendant Golden State Warriors, LLC*<br>   *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); P*odalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Lam et al v. Bankman-Fried*, No. 3:22-cv-07336-JSC | *Defendant Shaquille O'Neal*<br>   *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA U.S. MAIL**<br><br>1 Warriors Way<br>San Francisco, CA 94158<br><br>*Defendant Stephen Curry*<br>   *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, Case No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>2000 Gene Autry Way<br>Anaheim, California, 92806<br><br>*Defendant Shohei Ohtani*<br>   *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA U.S. MAIL**<br><br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332<br><br>*Defendant Udonis Haslem*<br>   *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>36 Winner Circle,<br>Wells ME 04090-5174<br><br>*Consol Defendant, Sam Trabucco*<br>   *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.) |

| | |
|---|---|
| **VIA U.S. MAIL**<br><br>9621 Arby Dr.<br>Beverly Hills, California, 90210<br><br>*Defendant Naomi Osaka*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA EMAIL**<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004-2400<br>agoldstein@cooley.com<br>Telephone: 202 842 7800<br>VIA U.S. MAIL<br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>*Defendant Nishad Singh*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: 212.859.8000<br>alex.miller@friedfrank.com<br><br>**VIA U.S. MAIL**<br><br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>*Defendant Zixiao Gary Wang*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22- | **VIA EMAIL**<br><br>Ann Marie Mortimer<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br>khornbeck@HuntonAK.com<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com<br><br>*Counsel for Defendant Armanino LLP*<br>*Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-* |

| | |
|---|---|
| CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444-JSC (N.D. Cal.) | *Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>Frederic S. Fox<br>Jeffrey Philip Campisi<br>Joel B. Strauss<br>Kathleen A. Herkenhoff<br>Laurence D. King<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br>FFox@kaplanfox.com<br>jcampisi@kaplanfox.com<br>jstrauss@kaplanfox.com<br>Kherkenhoff@kaplanfox.com<br>lking@kaplanfox.com<br><br>*Counsel for Plaintiff Julie Papadakis,*<br>    *Papadakis v. Bankman-Fried, et al*., Case<br>    No.: 3:23-cv-00024 (N.D. Cal.) | **VIA EMAIL**<br><br>Isabella Martinez<br>Matthew Whitacre Reiser<br>Michael J Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br>matthew@reiserlaw.com<br>michael@reiserlaw.com<br><br>*Counsel for Plaintiffs Andrawes Husary, Francisco De Tomaso, Soham Bhatia Michael Hawwa,*<br>    *Husary, et al. v. Silvergate Bank, et al.,*<br>    Case No.: 3:23-CV-00038 (N.D. Cal.) |
| **VIA EMAIL**<br><br>Amy Michelle Bowers<br>Jorge A. Perez Santiago<br>Timothy Andrew Kolaya<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>abowers@sfslaw.com<br>jperezsantiago@sknlaw.com<br>tkolaya@sknlaw.com<br><br>Benjamin D. Reichard<br>C. Hogan Paschal<br>James R. Swanson<br>Kerry James Miller | **VIA EMAIL**<br><br>John Michael Landry<br>Madalyn Annabel Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br><br>*Counsel for Defendant Silvergate Bank*<br>    *Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.); *Husary et* |

| | |
|---|---|
| Monica Bergeron<br><br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170 (504)586-5252<br>breichard@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>mbergeorn@fishmanhaygood.com<br><br>*Counsel for Plaintiff O'Keefe*<br>   *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>**VIA U.S. MAIL**<br><br>1133 Bigelow Ave N<br>Seattle, WA 98109-3208<br><br>*Defendant Dan Friedberg*<br>   *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | *al v. Silvergate Bank et al*, No. 3:23-cv-00038-BEN-WVG (S.D. Cal.)<br><br>*Counsel for Defendant Silvergate Capital Corporation*<br>   *Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.); *Husary et al v. Silvergate Bank et al*, No. 3:23-cv-00038-BEN-WVG (S.D. Cal.); *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D. Cal.):<br><br>*Counsel for Defendant Alan J. Lane*<br>   *Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.); *Husary et al v. Silvergate Bank et al*, No. 3:23-cv-00038-BEN-WVG (S.D. Cal.); *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D. Cal.):<br><br>*Counsel for Defendants Christopher M. Lane, Tyler J. Pearson, and Jason Brenier*<br>   *Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D. Cal.): |
| **VIA EMAIL**<br><br>Bruce Roger Braun<br>Joanna Rubin Travalini<br>Tommy Hoyt<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>bbraun@sidley.com<br>jtravalini@sidley.com<br>thoyt@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com | **VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>*Defendant Sequoia Capital Operations, LLC*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>**VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203 |

| | |
|---|---|
| *Counsel for Defendant Prager Metis CPAs LLC*<br>*Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) | *Defendant Silvergate Bank*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| | **VIA U.S. MAIL**<br><br>565 Fifth Avenue<br>New York, NY 70017<br><br>*Defendant Signature Bank*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>1133 Bigelow Ave N<br>Seattle, WA 98109-3208<br><br>*Defendant Dan Friedberg*<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>103 North First Street<br>Farmington, WA 99128<br><br>*Defendant Farmington State Bank d/b/a Moonstone Bank*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| | **VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br><br>*Defendant Thoma Bravo L.P.*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br><br>*Defendant Deltec Bank and Trust Company Limited*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Temasek Holdings (Private) Limited*<br>*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |

| | |
|---|---|
| **VIA U.S. MAIL**<br><br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br><br>*Defendant Jean Chalopin*<br>　*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>*Defendant Ribbit Capital, L.P.*<br>　*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br><br>*Defendant Paradigm Operations LP*<br>　*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br><br>*Defendant Multicoin Capital Management LLC*<br>　*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Softbank Vision Fund (AIV M2) L.P.*<br>　*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>c/o Matthew Graham<br>Chaoyang, Beijing, Beijing Shi, 100125, China<br><br>*Defendant Sino Global Capital Limited*<br>　*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | **VIA U.S. MAIL**<br><br>14 Penn Plaza, Suite 1800<br>New York, NY 10121<br><br>*Defendant Prager Metis CPAs, LLC*<br>　*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |

| | |
|---|---|
| *Defendant Altimeter Capital Management, LP*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | |
| **VIA THIRD PARTY LEGAL SERVICE**<br><br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Tiger Global Management, LLC*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>12657 Alcosta Blvd, Suite 500<br>San Ramon, CA 94583<br><br>*Defendant Armanino, LLP*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>Silicon Vally Center<br>801 California Street<br>Mountain View, CA 94041<br><br>*Defendant Fenwick & West LLP*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070<br><br>*Defendant Softbank Group Corp.*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |