BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3076

| | |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Appearance and this Proof of Service were served on March 3, 2023 on all other parties in all involved actions as follows:

Dated: March 3, 2023

Respectfully submitted,

DIMOND KAPLAN & ROTHSTEIN, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone:   (305) 374-1920
Facsimile:   (305) 374-1961

By:   /s David A. Rothstein
David A. Rothstein, Esq.
Fla. Bar No. 995762
DRothstein@dkrpa.com
*Counsel for Defendant*
*William Trevor Lawrence*

| SERVICE LIST ||
|---|---|
| **VIA EMAIL** <br><br> Adam M. Moskowitz <br> Joseph M. Kaye <br> The Moskowitz Law Firm, PLLC <br> 2 Alhambra Plaza, Suite 601 <br> Coral Gables, FL 33134-6036 <br> (305) 740-1423 <br> adam@moskowitz-law.com <br> joseph@moskowitz-law.com <br><br> Stephen N. Zack <br> Ursula Ungaro <br> Tyler Evan Ulrich <br> Boies Schiller & Flexner LLP <br> 100 SE 2nd Street, Suite 2800 <br> Miami, FL 33131-2144 <br> (305) 539-8400 <br> (305) 539-1307 <br> szack@bsfllp.com <br> uungaro@bsfllp.com (Inactive) <br> tulrich@bsfllp.com <br><br> Alexander Boies <br> David Boies <br> Boies Schiller Flexner LLP <br> 333 Main Street <br> Armonk, NY 1050 <br> (914) 749-8200 <br> aboies@bsfllp.com <br> dboies@bsfllp.com <br><br> Counsel for Plaintiffs: <br> *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.) | **VIA EMAIL** <br><br> Brandon Scott Floch <br> Jeffrey Eldridge Marcus <br> Michael Anthony Pineiro <br> Marcus Neiman Rashbaum & Pineiro LLP <br> 2 South Biscayne Blvd., Suite 2530 <br> Miami, FL 33131 <br> (305) 434-4943 <br> bfloch@mnrlawfirm.com <br> jmarcus@mnrlawfirm.com <br> mpineiro@mnrlawfirm.com <br><br> Jeffrey Adam Neiman <br> Marcus Neiman Rashbaum & Pineiro LLP <br> 100 Southeast Third Avenue, Suite 805 <br> Fort Lauderdale, FL 33394 <br> (954) 462 1200 <br> Fax: (954) 6882492 <br> jneiman@mnrlawfirm.com <br><br> Andrew B. Brettler <br> Berk Brettler LLP <br> 9119 Sunset Blvd. <br> West Hollywood, CA 90069 <br> (310) 278-2111 <br> abrettler@berkbrettler.com <br><br> Counsel for Defendant Kevin O'Leary: <br> *Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.); <br> *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); <br> *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA EMAIL** <br><br> Stephanie Anne Casey <br> Zachary Andrew Lipshultz <br> Roberto Martinez <br> Colson Hicks Eidson <br> 255 Alhambra Circle, PH <br> Coral Gables, FL 33134 <br> (305) 476-7400 <br> (305) 476-7444 | **VIA EMAIL** <br><br> Christopher Stephen Carver <br> Akerman LLP <br> Three Brickell City Centre Suite 1100 <br> 98 Southeast Seventh Street <br> Miami, FL 33131 <br> (305) 982-5572 <br> Fax: (305) 374-5095 <br> christopher.carver@akerman.com |

scasey@colson.com
zach@colson.com
bob@colson.com

Andrew B. Clubok
Brittany M.J. Record
Susan E. Engel
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
andrew.clubok@lw.com
Brittany.Record@lw.com
Susan.Engel@lw.com

Elizabeth A. Greenman
Jessica Stebbins Bina
Marvin Putnam
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500
Elizabeth.Greenman@lw.com
Jessica.stebbinsbina@lw.com
Marvin.Putnam@lw.com

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235
michele.johnson@lw.com

Counsel for Defendant Thomas Brady:
*Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.);
*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);
*Podalsky et al v.Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)

Counsel for Defendant Gisele Bundchen:
*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);
*Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.)

Jason Samuel Oletsky
Katherine Ann Johnson
Akerman LLP
201 East Las Olas Boulevard Ste 1800
Fort Lauderdale, FL 33301
(954) 759-8909
(954) 463-2224
jason.oletsky@akerman.com
Katie.johnson@akerman.com

Counsel for Defendant David Ortiz:
*Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.);
*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);
*Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)

3

| | |
|---|---|
| Counsel for Defendant Lawrence Gene David:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) | |
| **VIA EMAIL**<br><br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>(202) 663-6471<br>stephanie.avakian@wilmerhale.com<br><br>**VIA U.S. MAIL**<br><br>327 Franklin Street<br>Newton, MA 02458<br><br>Defendant Caroline Ellison:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.);<br>*Papadakis v. Bankman-Fried et al*, No. 3:23-CV-00024-JSC (N.D. Cal.);<br>*Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.);<br>*Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.);<br>*Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.);<br>*Lam et al v. Bankman-Fried,* No. 3:22-cv-07336-JSC (N.D. Cal.) | **VIA EMAIL**<br><br>Jeremy D. Mishkin<br>Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103-7505<br>(215) 772-7246<br>jmishkin@mmwr.com<br><br>Counsel for Defendant Samuel Bankman-Fried:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv- 23983-KMM (S.D. Fla.);<br>*Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.);<br>*Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.);<br>*Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.);<br>*Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>Gibson, Dunn & Crutcher LLP<br>Matthew S. Kahn<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>(415) 393-8212<br>MKahn@gibsondunn.com<br><br>Counsel for Defendant Golden State Warriors, LLC: | **VIA U.S. MAIL**<br><br>1 Grand Manor Court<br>Sugar Land, Texas 77479-2557<br><br>Defendant Shaquille O'Neal:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) |

| | |
|---|---|
| *Garrison et al v. Bankman-Fried et al,* No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al,* No. 1:22-cv- 23983-KMM (S.D. Fla.); *Lam et al v. Bankman-Fried,* No. 3:22-cv 07336-JSC (N.D. Cal.) | |
| **VIA U.S. MAIL**<br><br>115 Stephanie Lane<br>Alamo, CA 94507-1227<br><br>Defendant Stephen Curry:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et* al, Case No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>2000 Gene Autry Way<br>Anaheim, CA 92806<br><br>Defendant Shohei Ohtani:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA U.S. MAIL**<br><br>5450 SW 192nd Terrace<br>Southwest Ranches, FL 33332<br><br>Defendant Udonis Haslem:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>36 Winner Circle,<br>Wells, ME 04090-5174<br><br>Consol Defendant/Defendant Sam Trabucco:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.);<br>*Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.) |
| **VIA U.S. MAIL**<br><br>9621 Arby Dr.<br>Beverly Hills, CA 90210<br><br>Defendant Naomi Osaka:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA EMAIL**<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>(202) 842 7800<br>agoldstein@cooley.com<br><br>**VIA U.S. MAIL**<br><br>746 Jennifer Way<br>Milpitas, CA 95035<br><br>Consol Defendant/Defendant Nishad Singh:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); |

5

| | |
|---|---|
| | *Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-CV-07620-JSC (N.D. Cal.); *Pierce et al v.Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>(212) 859-8000<br>alex.miller@friedfrank.com<br><br>**VIA U.S. MAIL**<br><br>304 Island Lane<br>Egg Harbor Township, NJ 08234<br><br>Consol Defendant/Defendant Zixiao Gary Wang:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.);<br>*Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.);<br>*Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.);<br>*Hawkins v. Bankman-Fried et al*, No. 3:22-CV-07620-JSC (N.D. Cal.);<br>*Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444-JSC (N.D. Cal.) | **VIA EMAIL**<br><br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9555<br>tkasulis@maglaw.com<br><br>**VIA U.S. MAIL**<br><br>1133 Bigelow Ave N<br>Seattle, WA 98109-3208<br><br>Consol Defendant Dan Friedberg:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| **VIA EMAIL**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>(305) 740-1423 | **VIA EMAIL**<br><br>William M. Audet<br>Ling Y. Kuang<br>Kurt D. Kessler<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br>kkessler@audetlaw.com |

| | |
|---|---|
| adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131-2144<br>(305) 539-8400<br>(305) 539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 1050<br>(914) 749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>Counsel for Plaintiffs:<br>*Podalsky et al v. Bankman-Fried et* al, No. 1:22-cv-23983-KMM (S.D. Fla.) | AUDET & PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700<br>Fax: (415) 772-4707<br>lking@kaplanfox.com<br><br>Yaman Salahi<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>ysalahi@edelson.com<br><br>Counsel for Plaintiff Elliott Lam:<br>*Lam v. Bankman-Fried*, No. 22-cv-7336-JSC (N.D. Cal.) |
| **VIA EMAIL**<br><br>Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>(415) 772-4700<br>Fax: (415) 772-4707<br>lking@kaplanfox.com<br><br>Yaman Salahi<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212-9300<br>Fax: (415) 373-9435<br>ysalahi@edelson.com<br><br>Counsel for Plaintiff Russell Hawkins:<br>*Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.) | **VIA EMAIL**<br><br>P. Solange Hilfinger-Pardo<br>Todd Logan<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 212.9300<br>(415) 373.9435<br>tlogan@edelson.com<br>shilfingerpardo@edelson.com<br><br><br>Counsel for Plaintiff Michael Jessup:<br>*Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.) |

7

| | |
|---|---|
| **VIA EMAIL**<br><br>Patrick Yarborough<br>Foster Yarborough PLLC<br>917 Franklin Street, Suite 220<br>Houston, TX 77002<br>(713) 331-5254<br>Fax: (713) 513-5202<br>patrick@fosteryarborough.com<br><br>Marshal J. Hoda<br>marshal@thehodalawfirm.com<br>THE HODA LAW FIRM, PLLC<br>12333 Sowden Road, Suite B<br>Houston, TX 77080<br>(832) 848-0036<br><br>Steven C. Vondran<br>steve@vondranlegal.com<br>THE LAW OFFICES OF STEVEN C. VONDRAN, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>(877) 276-5084<br><br>Counsel for Plaintiff Stephen Pierce:<br>*Pierce v. Bankman-Fried et al.*, No. 3:22-cv-07444-JSC (N.D. Cal.) | **VIA EMAIL**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 1050<br>(914) 749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>Counsel for Plaintiffs:<br>*Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D.Fla.) |
| **VIA EMAIL**<br><br>Adam E. Polk<br>Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street Suite 1400 | **VIA EMAIL**<br><br>Caroline S. Emhardt<br>Jack Fitzgerald<br>Melanie Rae Persinger<br>Paul K. Joseph |

8

| | |
|---|---|
| San Francisco, CA 94108<br>(415) 981-4800<br>apolk@girardsharp.com<br>dgirard@girardsharp.com<br><br>Jason S Hartley<br>Hartley LLP<br>101 West Broadway Suite 820<br>San Diego, CA 92101<br>(619) 400-5822<br>(619) 400-5832<br>hartley@hartleyllp.com<br><br>Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street<br>Suite 610<br>San Diego, CA 92101<br>(619) 400-5822<br>(619) 400-5832<br>lindner@stuevesiegel.com (Inactive)<br><br>Makenna Cox<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>mcox@girardsharp.com<br><br>Counsel for Plaintiffs:<br>*Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.) | Fitzgerald Joseph LLP<br>Trevor Matthew Flynn<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>(619) 215-1741<br>caroline@fitzgeraldjoseph.com<br>jack@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>paul@pauljosephlaw.com<br>trevor@fitzgeraldjoseph.com<br><br>James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>(619) 238-1811<br>(619) 544-9232<br>jdavis@cglaw.com (Inactive)<br><br>Thomas Joseph O'Reardon, II<br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>(619) 338-1100<br>(619) 338-1101<br>toreardon@bholaw.com<br>tblood@bholaw.com<br><br>Counsel for Plaintiffs:<br>*Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D.Cal.) |
| **VIA EMAIL**<br><br>Ann Marie Mortimer<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>(213) 532-2103<br>amortimer@HuntonAK.com<br>khornbeck@HuntonAK.com<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP | **VIA EMAIL**<br><br>John Michael Landry<br>Madalyn Annabel Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780<br>(213) 620-1398<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com |

| | |
|---|---|
| 951 East Byrd St.<br>Richmond, VA 23219<br>(804) 788-8403<br>twaskom@HuntonAK.com<br><br>Counsel for Defendant Armanino LLP:<br>*Papadakis v. Bankman-Fried et al*, No.3:23-cv-00024-JSC (N.D. Cal.);<br>*Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.);<br>*Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) | Counsel for Defendant Silvergate Bank:<br>*Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.);<br>*Husary et al v. Silvergate Bank et al*, No. 3:23-cv-00038-BEN-WVG (S.D. Cal.)<br><br>Counsel for Defendant Silvergate Capital Corporation:<br>*Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.);<br>*Husary et al v. Silvergate Bank et al*, No. 3:23-cv-00038-BEN-WVG (S.D. Cal.);<br>*Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D. Cal.)<br><br>Counsel for Defendant Alan J. Lane:<br>*Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.);<br>*Husary et al v. Silvergate Bank et al*, No. 3:23-cv-00038-BEN-WVG (S.D. Cal.);<br>*Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D. Cal.)<br><br>Counsel for Defendants Christopher M. Lane, Tyler J. Pearson, and Jason Brenier:<br>*Sepulveda Zuleta et al v. Silvergate Capital Corporation et al*, No.: 3:22-cv-01901-BEN-WVG (S.D. Cal.) |
| **VIA EMAIL**<br><br>Bruce Roger Braun<br>Joanna Rubin Travalini<br>Tommy Hoyt<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-2077<br>bbraun@sidley.com<br>jtravalini@sidley.com<br>thoyt@sidley.com<br><br>Sarah Alison Hemmendinger<br>Sidley Austin LLP | **VIA U.S. MAIL**<br><br>c/o Registered Agent<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>Defendant Sequoia Capital Operations, LLC:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |

10

| | |
|---|---|
| 555 California Street, Suite 2000<br>San Francisco, CA 94104<br>(415) 772-7413<br>(415) 772-7400<br>shemmendinger@sidley.com<br><br>Counsel for Defendant Prager Metis CPAs LLC:<br>*Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.);<br>*Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.);<br>*Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.) | |
| **VIA U.S. MAIL**<br><br>c/o Registered Agent<br>CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203<br><br>Defendant Silvergate Bank:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>565 Fifth Avenue<br>New York, NY 70017<br><br>Defendant Signature Bank:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA EMAIL**<br><br>Amy Michelle Bowers<br>Jorge A. Perez Santiago<br>Timothy Andrew Kolaya<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>(305) 614-1404<br>Fax: (305) 614-1425<br>abowers@sfslaw.com<br>jperezsantiago@sknlaw.com<br>tkolaya@sknlaw.com<br><br>Benjamin D. Reichard<br>C. Hogan Paschal<br>James R. Swanson<br>Kerry James Miller<br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor | **VIA U.S. MAIL**<br><br>103 North First Street<br>Farmington, WA 99128<br><br>Defendant Farmington State Bank d/b/a Moonstone Bank:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |

11

| | |
|---|---|
| New Orleans, LA 70170<br>(504) 586-5252<br>breichard@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>mbergeorn@fishmanhaygood.com<br><br>Counsel for Plaintiff O'Keefe:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | |
| **VIA U.S. MAIL**<br><br>c/o Registered Agent<br>CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br><br>Defendant Thoma Bravo L.P.:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>Deltec House, Lyford Cay<br>Nassau, Bahamas<br><br>Defendant Deltec Bank and Trust Company Limited:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>c/o Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Defendant Temasek Holdings (Private) Limited:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br><br>Defendant Jean Chalopin:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>c/o Registered Agent<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>Defendant Ribbit Capital, L.P.:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>c/o Registered Agent<br>Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br><br>Defendant Paradigm Operations LP:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>501 West Ave., Apt. 3803 | **VIA U.S. MAIL**<br><br>c/o Registered Agent |

| | |
|---|---|
| Austin, TX 78701<br><br>Defendant Multicoin Capital Management LLC:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Defendant Softbank Vision Fund (AIV M2) L.P.:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>c/o Matthew Graham<br>Chaoyang, Beijing, Beijing Shi, 100125, China<br><br>Defendant Sino Global Capital Limited:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>c/o Registered Agent<br>The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>*Defendant Altimeter Capital Management, LP*:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>14 Penn Plaza, Suite 1800<br>New York, NY 10121<br><br>Defendant Prager Metis CPAs, LLC:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>c/o Registered Agent<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Defendant Tiger Global Management, LLC:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>12657 Alcosta Blvd, Suite 500<br>San Ramon, CA 94583<br><br>Defendant Armanino, LLP:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>Silicon Vally Center<br>801 California Street<br>Mountain View, CA 94041<br><br>Defendant Fenwick & West LLP:<br>*O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070<br><br>Defendant Softbank Group Corp.: | **VIA EMAIL**<br><br>David Alan Rothstein<br>Alexander Manuel Peraza<br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133 |

| | |
|---|---|
| *O'Keefe v. Sequoia Capital Operations, LLC et al,* No. 1:23-cv-20700-JEM (S.D. Fla) | (305) 374-1920<br>(Fax) 374-1961<br>drothstein@dkrpa.com<br>aperaza@dkrpa.com<br>eshaba@dkrpa.com<br><br>Eric A. Fitzgerald<br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>(484) 406-4334<br>eric.fitzgerald@mgclaw.com<br>hillary.ladov@mgclaw.com<br><br>Counsel for Defendant William Trevor Lawrence:<br>*Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.);<br>*Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |