## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: FTX CRYPTOCURRENCY EXCHANGE COLLAPSE LITIGATION | MDL No. 3076 |

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and Certificate of Service were electronically filed with the Clerk of the JPML using the CM/ECF system on March 3, 2023, and served via e-mail or U.S. mail to all recipients on the service list below.

Dated:  March 3, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


By: /s/ *Matthew S. Kahn*
    Matthew S. Kahn

555 Mission Street
Suite 3000
San Francisco, CA  94105-0921
Telephone:   415.393.8200
Facsimile:     415.393.8306
Email:  MKahn@gibsondunn.com

*Attorneys for*
*Defendant Golden State Warriors, LLC*

| SERVICE LIST | |
|---|---|
| **Norris, et al. v. Brady, et al., Case No. 1:23-CV-20439-KMM (S.D. Fla.)** | |
| Counsel for Plaintiffs: **SERVED VIA EMAIL** | |
| Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>Tel: 305-740-1423<br>adam@moskowitz-law.com | Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street, Suite 1999<br>Miami, FL 33131 - 33130<br>Tel: 305-374-0440<br>jose@markmigdal.com |
| Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>Tel: 305-740-1423<br>joseph@moskowitz-law.com | Stephen N. Zack<br>Boies Schiller & Flexner<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131-2144<br>Tel: 305-539-8400<br>Fax: 305-539-1307<br>szack@bsfllp.com |
| Ursula Ungaro<br>Boies Schiller Flexner LLP Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: 305-479-6553<br>uungaro@bsfllp.com (Inactive) | Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>Tel: 914-749-8200<br>aboies@bsfllp.com |
| David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>Tel: 914-749-8200<br>dboies@bsfllp.com | |
| Counsel for Defendant Thomas Brady: **SERVED VIA EMAIL** | |
| Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>Tel: 305-476-7400<br>Fax: 305-476-7444<br>scasey@colson.com | Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>Tel: 305-476-7400<br>zach@colson.com |
| Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000 | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000 |

| | |
|---|---|
| Washington, DC 20004<br>Tel: 202-637-2200<br>andrew.clubok@lw.com | Washington, DC 20004<br>Tel: 202-637-2200<br>Brittany.Record@lw.com |
| Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424-653-5500<br>Elizabeth.Greenman@lw.com | Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424-653-5500<br>Jessica.stebbinsbina@lw.com |
| Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424-653-5500<br>Marvin.Putnam@lw.com | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor Costa<br>Mesa, CA 92626<br>Tel: 714-540-1235<br>michele.johnson@lw.com |
| Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>Tel: 202-637-2200<br>Susan.Engel@lw.com | Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle Penthouse<br>Coral Gables, FL 33134-2351<br>Tel: 305-476-7400<br>Fax: 305-476-7444<br>bob@colson.com |
| Counsel for Defendant Kevin O'Leary: **SERVED VIA EMAIL** | |
| Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131<br>Tel: 305-434-4943<br>bfloch@mnrlawfirm.com | Jeffrey Eldridge Marcus<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>Tel: 305-400-4260<br>Fax: 866-780-8355<br>jmarcus@mnrlawfirm.com |
| Jeffrey Adam Neiman<br>Marcus Neiman Rashbaum & Pineiro LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>Tel: 954-462-1200<br>Fax: 954-688-2492<br>jneiman@mnrlawfirm.com | Michael Anthony Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 S. Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>Tel: 305-400-4268<br>mpineiro@mnrlawfirm.com |
| Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd. | |

| | |
|---|---|
| West Hollywood, CA 90069<br>Tel: 310-278-2111<br>abrettler@berkbrettler.com | |
| **Counsel for Defendant David Ortiz: SERVED VIA EMAIL** ||
| Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>Tel: 305-982-5572<br>Fax: 305-374-5095<br>christopher.carver@akerman.com | Jason Samuel Oletsky<br>Akerman LLP<br>201 East Las Olas Boulevard Ste 1800<br>Fort Lauderdale, FL 33301<br>Tel: 954-759-8909<br>Fax: 954-463-2224<br>jason.oletsky@akerman.com |
| Katherine Ann Johnson<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>Tel: 954-463-2700<br>Fax: 954-463-2224<br>Katie.johnson@akerman.com | |

| | |
|---|---|
| **Garrison et al. v. Bankman-Fried et al., Case No. 1:22-CV-23753-KMM (S.D. Fla.)** ||
| **Counsel for Plaintiffs: SERVED VIA EMAIL** ||
| Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>Tel: 305-740-1423<br>adam@moskowitz-law.com | Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>Tel: 305-740-1423<br>joseph@moskowitz-law.com |
| Stephen N. Zack<br>Boies Schiller & Flexner<br>Miami Tower Miami<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131-2144<br>Tel: 305-539-8400<br>Fax: 305-539-1307<br>szack@bsfllp.com | Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: 305-479-6553<br>uungaro@bsfllp.com (Inactive) |
| Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 | David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 |

| | |
|---|---|
| Tel: 914-749-8200<br>aboies@bsfllp.com | Tel: 914-749-8200<br>dboies@bsfllp.com |
| Tyler Evan Ulrich<br>Boies Schiller and Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: 305-539-8400<br>Fax: 305-539-1307<br>tulrich@bsfllp.com | |
| **Counsel for Defendant Thomas Brady, Gisele Bundchen and Lawrence Gene David:**<br>**SERVED VIA EMAIL** | |
| Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>Tel: 305-476-7400<br>Fax: 305-476-7444<br>scasey@colson.com | Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>Tel: 305-476-7400<br>zach@colson.com |
| Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Tel: 202-637-2200<br>andrew.clubok@lw.com | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>Tel: 202-637-2200<br>Brittany.Record@lw.com |
| Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424-653-5500<br>Elizabeth.Greenman@lw.com | Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424-653-5500<br>Jessica.stebbinsbina@lw.com |
| Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424-653-5500<br>Marvin.Putnam@lw.com | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor Costa<br>Mesa, CA 92626<br>Tel: 714-540-1235<br>michele.johnson@lw.com |
| Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004 | Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle Penthouse<br>Coral Gables, FL 33134-2351 |

| | |
|---|---|
| Tel: 202-637-2200<br>Susan.Engel@lw.com | Tel: 305-476-7400<br>Fax: 305-476-7444<br>bob@colson.com |

| Counsel for Defendant Kevin O'Leary: **SERVED VIA EMAIL** | |
|---|---|
| Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131<br>Tel: 305-434-4943<br>bfloch@mnrlawfirm.com | Jeffrey Eldridge Marcus<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>Tel: 305-400-4260<br>Fax: 866-780-8355<br>jmarcus@mnrlawfirm.com |
| Jeffrey Adam Neiman<br>Marcus Neiman Rashbaum & Pineiro LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>Tel: 954-462-1200<br>Fax: 954-688-2492<br>jneiman@mnrlawfirm.com | Michael Anthony Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 S. Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>Tel: 305-400-4268<br>mpineiro@mnrlawfirm.com |
| Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>Tel: 310-278-2111<br>abrettler@berkbrettler.com | |

| Counsel for Defendant David Ortiz: **SERVED VIA EMAIL** | |
|---|---|
| Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>Tel: 305-982-5572<br>Fax: 305-374-5095<br>christopher.carver@akerman.com | Jason Samuel Oletsky<br>Akerman LLP<br>201 East Las Olas Boulevard Ste 1800<br>Fort Lauderdale, FL 33301<br>Tel: 954-759-8909<br>Fax: 954-463-2224<br>jason.oletsky@akerman.com |
| Katherine Ann Johnson<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>Tel: 954-463-2700 | |

| | |
|---|---|
| Fax: 954-463-2224<br>Katie.johnson@akerman.com | |
| Counsel for Defendant William Trevor Lawrence: **SERVED VIA EMAIL** | |
| David Alan Rothstein<br>Alexander Manuel Peraza<br>Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>Tel: 305-374-1920<br>Fax: 374-1961<br>drothstein@dkrpa.com<br>aperaza@dkrpa.com<br>eshaba@dkrpa.com | Eric A. Fitzgerald<br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>Tel: (484) 406-4334<br>eric.fitzgerald@mgclaw.com<br>hillary.ladov@mgclaw.com |
| Counsel for Defendant Samuel Bankman-Fried: **SERVED VIA EMAIL** | |
| Jeremy D. Mishkin<br>Montgomery McCracken Walker<br>& Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com | |
| Defendant Stephen Curry: | Defendant Shaquille O'Neal: |
| **SERVED VIA U.S. MAIL**<br><br>47 Polhemus Ave, Atherton, CA 94027<br>AND<br>28 Selby Ln, Atherton, CA 94027 | **SERVED VIA U.S. MAIL**<br><br>4012 Sahara Ct<br>Carrollton, TX 75010 |
| Defendant Udonis Haslem: | Counsel for Defendant Shohei Ohtani: |
| **SERVED VIA U.S. MAIL**<br><br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332-3 | **SERVED VIA U.S. MAIL**<br><br>C/O Niloofar B. Shephard<br>Office of the Chief Legal Officer<br>Creative Arts Agency<br>2000 Avenue of the Stars<br>Los Angeles, CA 90067 |
| Defendant Naomi Osaka: | Defendant Sam Trabucco: |
| **SERVED VIA U.S. MAIL**<br><br>9621 Arby Dr.<br>Beverly Hills, California, 90210 | **SERVED VIA U.S. MAIL**<br><br>36 Winner Circle<br>Wells ME 04090-5174 |

| Defendant Caroline Ellison: | |
|---|---|
| **SERVED VIA U.S. MAIL**<br><br>327 Franklin Street<br>Newton, MA 02458 | **SERVED VIA EMAIL**<br><br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
| Defendant Zixiao "Gary" Wang: | |
| **SERVED VIA U.S. MAIL**<br><br>304 Island Lane<br>Egg Harbor Township, NJ 08234 | **SERVED VIA EMAIL**<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>alex.miller@friedfrank.com |
| Defendant Nishad Singh: | |
| **SERVED VIA U.S. MAIL**<br><br>746 Jennifer Way<br>Milpitas, CA 95035 | **SERVED VIA EMAIL**<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004 2400<br>Tel: 202-842-7800<br>agoldstein@cooley.com |
| Defendant Dan Friedberg: | |
| **SERVED VIA U.S. MAIL**<br><br>1133 Bigelow Ave<br>N Seattle, WA 98109-3208 | **SERVED VIA EMAIL**<br><br>c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>Tel: 212.880.9555<br>tkasulis@maglaw.com |

| Podalsky et al. v. Bankman-Fried et al., Case No. 1:22-cv-23983-KMM (S.D. Fla.) | |
| --- | --- |
| **Counsel for Plaintiffs: SERVED VIA EMAIL** | |
| Adam M. Moskowitz<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>Tel: 305-740-1423<br>adam@moskowitz-law.com | Joseph M. Kaye<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Miami, FL 33134<br>Tel: 305-740-1423<br>joseph@moskowitz-law.com |
| Stephen N. Zack<br>Boies Schiller & Flexner<br>Miami Tower<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131- 2144<br>Tel: 305-539-8400<br>Fax: 305-539-1307<br>szack@bsfllp.com | Ursula Ungaro<br>Boies Schiller Flexner LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>Tel: 305-479-6553<br>uungaro@bsfllp.com (Inactive) |
| Alexander Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>Tel: 914-749-8200<br>aboies@bsfllp.com | David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>Tel: 914-749-8200<br>dboies@bsfllp.com |
| **Counsel for Defendant Thomas Brady, Gisele Bundchen and Lawrence Gene David: SERVED VIA EMAIL** | |
| Stephanie Anne Casey<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>Tel: 305-476-7400<br>Fax: 305-476-7444<br>scasey@colson.com | Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle<br>Coral Gables, FL 33134<br>Tel: 305-476-7400<br>zach@colson.com |
| Andrew B. Clubok<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Tel: 202-637-2200<br>andrew.clubok@lw.com | Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>Tel: 202-637-2200<br>Brittany.Record@lw.com |

| | |
|---|---|
| Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424-653-5500<br>Elizabeth.Greenman@lw.com | Jessica Stebbins Bina<br>Latham & Watkins LLP<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424-653-5500<br>Jessica.stebbinsbina@lw.com |
| Marvin Putnam<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Tel: 424-653-5500<br>Marvin.Putnam@lw.com | Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor Costa<br>Mesa, CA 92626<br>Tel: 714-540-1235<br>michele.johnson@lw.com |
| Susan E. Engel<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>Tel: 202-637-2200<br>Susan.Engel@lw.com | Roberto Martinez<br>Colson Hicks Eidson<br>255 Alhambra Circle Penthouse<br>Coral Gables, FL 33134-2351<br>Tel: 305-476-7400<br>Fax: 305-476-7444<br>bob@colson.com |
| Counsel for Defendant Kevin O'Leary: **SERVED VIA EMAIL** | |
| Brandon Scott Floch<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131<br>Tel: 305-434-4943<br>bfloch@mnrlawfirm.com | Jeffrey Eldridge Marcus<br>Marcus Neiman Rashbaum & Pineiro LLP<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>Tel: 305-400-4260<br>Fax: 866-780-8355<br>jmarcus@mnrlawfirm.com |
| Jeffrey Adam Neiman<br>Marcus Neiman Rashbaum & Pineiro LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>Tel: 954-462-1200<br>Fax: 954-688-2492<br>jneiman@mnrlawfirm.com | Michael Anthony Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 S. Biscayne Boulevard, Suite 2530<br>Miami, FL 33131<br>Tel: 305-400-4268<br>mpineiro@mnrlawfirm.com |
| Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>Tel: 310-278-2111<br>abrettler@berkbrettler.com | |

| Counsel for Defendant David Ortiz: **SERVED VIA EMAIL** | |
|---|---|
| Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>Tel: 305-982-5572<br>Fax: 305-374-5095<br>christopher.carver@akerman.com | Jason Samuel Oletsky<br>Akerman LLP<br>201 East Las Olas Boulevard Ste 1800<br>Fort Lauderdale, FL 33301<br>Tel: 954-759-8909<br>Fax: 954-463-2224<br>jason.oletsky@akerman.com |
| Katherine Ann Johnson<br>Akerman LLP<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>Tel: 954-463-2700<br>Fax: 954-463-2224<br>Katie.johnson@akerman.com | |
| Counsel for Defendant William Trevor: **SERVED VIA EMAIL** | |
| David Alan Rothstein Alexander Manuel<br>Peraza Eshaba Jahir-Sharuz<br>Dimond Kaplan & Rothstein<br>2665 South Bayshore Drive, PH-2B<br>Coconut Grove, FL 33133<br>Tel: 305-374-1920<br>Fax: 374-1961<br>drothstein@dkrpa.com<br>aperaza@dkrpa.com<br>eshaba@dkrpa.com | Eric A. Fitzgerald<br>Hillary N. Ladov<br>McAngus Goudelock & Courie LLC<br>2000 Market Street, Suite 780<br>Philadelphia, PA 19103<br>Tel: (484) 406-4334<br>eric.fitzgerald@mgclaw.com<br>hillary.ladov@mgclaw.com |
| Counsel for Defendant Samuel Bankman-Fried: **SERVED VIA EMAIL** | |
| Jeremy D. Mishkin<br>Montgomery McCracken Walker<br>& Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com | |
| Defendant Stephen Curry: | Defendant Shaquille O'Neal: |
| **SERVED VIA U.S. MAIL**<br><br>47 Polhemus Ave, Atherton, CA 94027<br>AND<br>28 Selby Ln, Atherton, CA 94027 | **SERVED VIA U.S. MAIL**<br><br>4012 Sahara Ct<br>Carrollton, TX 75010 |

| Defendant Udonis Haslem: | Counsel for Defendant Shohei Ohtani: |
|---|---|
| **SERVED VIA U.S. MAIL**<br><br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332-3 | **SERVED VIA U.S. MAIL**<br><br>C/O Niloofar B. Shephard<br>Office of the Chief Legal Officer<br>Creative Arts Agency<br>2000 Avenue of the Stars<br>Los Angeles, CA 90067 |
| Defendant Naomi Osaka: | Defendant Sam Trabucco: |
| **SERVED VIA U.S. MAIL**<br><br>9621 Arby Dr.<br>Beverly Hills, California, 90210 | **SERVED VIA U.S. MAIL**<br><br>36 Winner Circle<br>Wells ME 04090-5174 |
| Defendant Caroline Ellison: | |
| **SERVED VIA U.S. MAIL**<br><br>327 Franklin Street<br>Newton, MA 02458 | **SERVED VIA EMAIL**<br><br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
| Defendant Zixiao "Gary" Wang: | |
| **SERVED VIA U.S. MAIL**<br><br>304 Island Lane<br>Egg Harbor Township, NJ 08234 | **SERVED VIA EMAIL**<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>alex.miller@friedfrank.com |
| Defendant Nishad Singh: | |
| **SERVED VIA U.S. MAIL**<br><br>746 Jennifer Way<br>Milpitas, CA 95035 | **SERVED VIA EMAIL**<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004 2400<br>Tel: 202-842-7800<br>agoldstein@cooley.com |

| Defendant Dan Friedberg: | |
|---|---|
| **SERVED VIA U.S. MAIL** | **SERVED VIA EMAIL** |
| 1133 Bigelow Ave<br>N Seattle, WA 98109-3208 | c/o Telemachus P. Kasulis<br>Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY 10017<br>Tel: 212.880.9555<br>tkasulis@maglaw.com |

| **Papadakis v. Bankman- Fried et al., Case No. 3:23-CV- 00024-JSC (N.D. Cal.)** | |
|---|---|
| Counsel for Plaintiff: **SERVED VIA EMAIL** | |
| Frederic S. Fox<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue,14th Floor<br>New York, NY 10022<br>Tel: 212-687-1980<br>FFox@kaplanfox.com | Jeffrey Philip Campisi<br>Kaplan Fox and Kilsheimer LLP<br>850 Third Avenue<br>New York, NY 10022<br>Tel: 212-687-1980<br>jcampisi@kaplanfox.com |
| Joel B. Strauss<br>Kaplan Fox & Kilsheimer LLP<br>805 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel: 212-687-1980<br>Fax: 212-687-7714<br>jstrauss@kaplanfox.com | Kathleen A. Herkenhoff<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Tel: 415-772-4700<br>Fax: 415-772-4707<br>Kherkenhoff@kaplanfox.com |
| Laurence D. King<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>415-772-4700<br>415-772-4707<br>lking@kaplanfox.com | |
| Counsel for Defendant Samuel Bankman-Fried: **SERVED VIA EMAIL** | |
| Jeremy D. Mishkin<br>Montgomery McCracken Walker<br>& Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com | |

| Defendant Caroline Ellison: | |
|---|---|
| **SERVED VIA U.S. MAIL**<br><br>327 Franklin Street<br>Newton, MA 02458 | **SERVED VIA EMAIL**<br><br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
| **Defendant Zixiao "Gary" Wang:** | |
| **SERVED VIA U.S. MAIL**<br><br>304 Island Lane<br>Egg Harbor Township, NJ 08234 | **SERVED VIA EMAIL**<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>alex.miller@friedfrank.com |
| **Defendant Nishad Singh:** | |
| **SERVED VIA U.S. MAIL**<br><br>746 Jennifer Way<br>Milpitas, CA 95035 | **SERVED VIA EMAIL**<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004 2400<br>Tel: 202-842-7800<br>agoldstein@cooley.com |
| **Counsel for Defendant Armanino LLP: VIA EMAIL** | |
| Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>Tel: 213-532-2103<br>amortimer@HuntonAK.com | Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>Tel: 213-532-2000<br>Fax: 213-532-2020<br>khornbeck@HuntonAK.com |
| Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St. Richmond, VA 23219<br>Tel: 804-788-8403<br>twaskom@HuntonAK.com | |

| Counsel for Defendant Prager Metis CPAs, LLC: **SERVED VIA EMAIL** | |
|---|---|
| Bruce Roger Braun<br>Sidley Austin LLP<br>One S. Dearborn Chicago, Il 60603<br>312-853-7000<br>312-853-7036<br>bbraun@sidley.com | Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com |
| Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com | Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com |

| **Jessup v. Bankman- Fried et al, Case No. 3:22-cv-07666-JSC (N.D. Cal.)** | |
|---|---|
| Counsel for Plaintiff: **SERVED VIA EMAIL** | |
| P. Solange Hilfinger-Pardo<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Tel: 415-212-9300<br>shilfingerpardo@edelson.com | Todd M. Logan<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Tel: (415) 212-9300<br>Fax: (415) 373-9435<br>tlogan@edelson.com |
| Yaman Salahi<br>Edelson PC<br>150 California Street,<br>18thFloor<br>San Francisco, CA 94111<br>Tel: (415) 212-9300<br>ysalahi@edelson.com | |
| Counsel for Defendant Samuel Bankman-Fried: **SERVED VIA EMAIL** | |
| Jeremy D. Mishkin<br>Montgomery McCracken Walker<br>& Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com | |

| Defendant Sam Trabucco: **SERVED VIA U.S. MAIL** | |
|---|---|
| 36 Winner Circle<br>Wells ME 04090-5174 | |
| Defendant Caroline Ellison: | |
| **SERVED VIA U.S. MAIL**<br><br>327 Franklin Street<br>Newton, MA 02458 | **SERVED VIA EMAIL**<br><br>c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
| Defendant Zixiao "Gary" Wang: | |
| **SERVED VIA U.S. MAIL**<br><br>304 Island Lane<br>Egg Harbor Township, NJ 08234 | **SERVED VIA EMAIL**<br><br>c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>alex.miller@friedfrank.com |
| Defendant Nishad Singh: | |
| **SERVED VIA U.S. MAIL**<br><br>746 Jennifer Way<br>Milpitas, CA 95035 | **SERVED VIA EMAIL**<br><br>c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004 2400<br>Tel: 202-842-7800<br>agoldstein@cooley.com |

| Hawkins v. Bankman- Fried et al, Case No. 3:22-CV-07620-JSC (N.D. Cal.) | |
|---|---|
| Counsel for Plaintiff: **SERVED VIA EMAIL** | |
| Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>Tel: 310-405-7190<br>jpafiti@pomlaw.com | Joshua B. Silverman<br>Pomerantz LLP<br>10 S LaSalle St, Suite 3505<br>Chicago, IL 60603<br>Tel: 312-377-1181<br>jbsilverman@pomlaw.com |
| J Alexander Hood, II Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Tel: 212-661-1100<br>Fax: 212-661-8665<br>ahood@pomlaw.com | Jeremy A. Lieberman<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Tel: 212-661-1100<br>Fax: 212-661-8665<br>jalieberman@pomlaw.com |
| Peretz Bronstein<br>Bronstein Gewirtz & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Tel: 212-697-6484<br>Fax: 212-697-7296<br>peretz@bgandg.com | Eitan Kimelman<br>Bronstein Gewirtz & Grossman LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Tel: 212-697-6484<br>Fax: 212-697-7296<br>eitank@bgandg.com |
| Christopher P.T. Tourek<br>10 S. LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>Tel: 312-377-1181<br>ctourek@pomlaw.com | |
| Counsel for Defendant Samuel Bankman-Fried: **SERVED VIA EMAIL** | |
| Jeremy D. Mishkin<br>Montgomery McCracken Walker<br>& Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com | |

| Defendant Caroline Ellison: | |
|---|---|
| **SERVED VIA U.S. MAIL** | **SERVED VIA EMAIL** |
| 327 Franklin Street<br>Newton, MA 02458 | c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |

| Defendant Zixiao "Gary" Wang: | |
|---|---|
| **SERVED VIA U.S. MAIL** | **SERVED VIA EMAIL** |
| 304 Island Lane<br>Egg Harbor Township, NJ 08234 | c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>alex.miller@friedfrank.com |

| Defendant Nishad Singh: | |
|---|---|
| **SERVED VIA U.S. MAIL** | **SERVED VIA EMAIL** |
| 746 Jennifer Way<br>Milpitas, CA 95035 | c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004 2400<br>Tel: 202-842-7800<br>agoldstein@cooley.com |

| Counsel for Defendant Armanino LLP: **VIA EMAIL** | |
|---|---|
| Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>Tel: 213-532-2103<br>amortimer@HuntonAK.com | Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>Tel: 213-532-2000<br>Fax: 213-532-2020<br>khornbeck@HuntonAK.com |
| Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St. Richmond, VA 23219<br>Tel: 804-788-8403<br>twaskom@HuntonAK.com | |

| Counsel for Defendant Prager Metis CPAs, LLC: **SERVED VIA EMAIL** | |
|---|---|
| Bruce Roger Braun<br>Sidley Austin LLP<br>One S. Dearborn Chicago, Il 60603<br>312-853-7000<br>312-853-7036<br>bbraun@sidley.com | Joanna Rubin Travalini<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-2077<br>jtravalini@sidley.com |
| Sarah Alison Hemmendinger<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>415-772-7413<br>415-772-7400<br>shemmendinger@sidley.com | Tommy Hoyt<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>312-853-0914<br>312-853-7036<br>thoyt@sidley.com |

| **Pierce et al v. Bankman-Fried et al, Case No. 3:22-CV-07444-JSC (N.D. Cal.)** | |
|---|---|
| Counsel for Plaintiffs: **SERVED VIA EMAIL** | |
| Patrick Yarhorough<br>Foster Yarborough PPLC<br>917 Houston TX, 77002<br>Tel: 713-513-5202<br>patrick@fosteryarborough.com | Marshal Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>Tel: 832-848-0036<br>marshal@thehodalawfirm.com |
| Steven C. Vondran<br>The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>Tel: 877-276-5084<br>Fax: 888-551-2252<br>steve@vondranlegal.com | |
| Counsel for Defendant Samuel Bankman-Fried: **SERVED VIA EMAIL** | |
| Jeremy D. Mishkin<br>Montgomery McCracken Walker<br>& Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103-7505<br>Direct: 215-772-7246<br>jmishkin@mmwr.com | |

19

| Defendant Caroline Ellison: | |
|---|---|
| **SERVED VIA U.S. MAIL** | **SERVED VIA EMAIL** |
| 327 Franklin Street<br>Newton, MA 02458 | c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |
| Defendant Zixiao "Gary" Wang: | |
| **SERVED VIA U.S. MAIL** | **SERVED VIA EMAIL** |
| 304 Island Lane<br>Egg Harbor Township, NJ 08234 | c/o Alex B. Miller<br>Fried Frank<br>One New York Plaza<br>New York, New York 10004<br>T: +1.212.859.8000<br>alex.miller@friedfrank.com |
| Defendant Nishad Singh: | |
| **SERVED VIA U.S. MAIL** | **SERVED VIA EMAIL** |
| 746 Jennifer Way<br>Milpitas, CA 95035 | c/o Andrew Goldstein<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW Suite 700<br>Washington, DC 20004 2400<br>Tel: 202-842-7800<br>agoldstein@cooley.com |
| Counsel for Defendant Armanino LLP: **VIA EMAIL** | |
| Ann Marie Mortimer<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>Tel: 213-532-2103<br>amortimer@HuntonAK.com | Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>Tel: 213-532-2000<br>Fax: 213-532-2020<br>khornbeck@HuntonAK.com |
| Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St. Richmond, VA 23219<br>Tel: 804-788-8403<br>twaskom@HuntonAK.com | |

| Gonzalez v. Silvergate Bank et al, Case No. 3:22-CV-01981-BEN-WVG (S.D. Cal.) | |
|---|---|
| Counsel for Plaintiffs: **SERVED VIA EMAIL** | |
| Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: 415-981-4800<br>apolk@girardsharp.com | Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: 415-981-4800<br>Fax: 415-981-4846<br>dgirard@girardsharp.com |
| Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>Tel: 619-400-5822<br>Fax: 619-400-5832<br>hartley@hartleyllp.com | Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>Tel: 619-400-5822<br>Fax: 619-400-5832<br>lindner@stuevesiegel.com (Inactive) |
| Makenna Cox<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: 415-981-4800<br>mcox@girardsharp.com | |
| Counsel for Defendant Silvergate Bank and Alan J. Lane: **SERVED VIA EMAIL** | |
| John Michael Landry<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com | Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton LLP<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |
| Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com | |

| Sepulveda Zuleta et al v. Silvergate Capital Corporation et al, Case No.: 3:22-CV-01901-BEN-WVG (S.D. Cal.) | |
|---|---|
| Counsel for Plaintiffs: **SERVED VIA EMAIL** | |
| Caroline S. Emhardt<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>Tel: 619-215-1741<br>caroline@fitzgeraldjoseph.com | Jack Fitzgerald<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>Tel: 619-215-1741<br>Fax: 619-331-2943<br>jack@fitzgeraldjoseph.com |
| James M. Davis, IV<br>Casey Gerry LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel: 619-238-1811<br>Fax: 619-544-9232<br>jdavis@cglaw.com (Inactive) | Melanie Rae Persinger<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>Tel: 619-215-1741<br>melanie@fitzgeraldjoseph.com |
| Paul K. Joseph<br>Fitzgerald Joseph LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>Tel: 619-215-1741<br>paul@pauljosephlaw.com | Thomas Joseph O'Reardon, II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619-338-1100<br>Fax: 619-338-1101<br>toreardon@bholaw.com |
| Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619-338-1100<br>Fax: 619-338-1101<br>tblood@bholaw.com | Trevor Matthew Flynn<br>Fitzgerald Joseph, LLP<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>Tel: 619-215-1741<br>trevor@fitzgeraldjoseph.com |
| Counsel for Defendant Silvergate Bank, Alan J. Lane, Christopher M. Lane, Tyler J. Pearson, and Jason Brenier: **SERVED VIA EMAIL** | |
| John Michael Landry<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com | Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton LLP<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |

| Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com | |

| **Husary et al v. Silvergate Bank et al, Case No. 3:23-CV-00038-BEN- WVG (S.D. Cal.):** | |
|---|---|
| Counsel for Plaintiffs Andrawes Husary, Francisco De Tomaso, Soham Bhatia, Michael Hawwa: **SERVED VIA EMAIL** | |
| Isabella Martinez<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>Tel: 925-256-0400<br>isabella@reiserlaw.com | Jason S Hartley<br>Hartley LLP<br>101 West Broadway, Suite 820<br>San Diego, CA 92101<br>Tel: 619-400-5822<br>Fax: 619-400-5832<br>hartley@hartleyllp.com |
| Jason Kenneth Kellogg<br>Levine Kellogg Lehman Schneider &<br>Grossman<br>Miami Tower<br>100 SE 2nd, Street, 36th Floor<br>Floor Miami, FL 33131<br>Tel: 305-403-8788<br>jk@lklsg.com | Jason M. Lindner<br>Stueve Siegel Hanson LLP<br>550 West C Street, Suite 610<br>San Diego, CA 92101<br>Tel: 619-400-5822<br>Fax: 619-400-5832<br>lindner@stuevesiegel.com (Inactive) |
| Marcelo Diaz-Cortes<br>Levine Kellogg Lehman Schneider &<br>Grossman LLP<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>Tel: 305-403-8788<br>md@lklsg.com | Matthew Whitacre Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>Tel: 925-256-0400<br>matthew@reiserlaw.com |
| Michael J Reiser<br>Law Office of Michael Reiser<br>961 Ygnacio Valley Road Walnut<br>Creek, CA 94596<br>Tel: 925-256-0400<br>michael@reiserlaw.com | Victoria J. Wilson<br>Levine Kellogg Lehman Schneider Grossman<br>Miami Tower<br>100 SE 2nd Street, 36th Floor<br>Miami, FL 33131<br>Tel: 305-403-8788 |

| | Fax: 305-403-8789<br>vjw@lklsg.com |
|---|---|
| Counsel for Defendant Silvergate Bank and Alan J. Lane: **SERVED VIA EMAIL** | |
| John Michael Landry<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com | Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton LLP<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |
| Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com | |

| **Lam et al v. Bankman-Fried, Case No. 3:22-cv-07336-JSC** | |
|---|---|
| Defendant Caroline Ellison: | |
| **SERVED VIA U.S. MAIL** | **SERVED VIA EMAIL** |
| 327 Franklin Street<br>Newton, MA 02458 | c/o Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington DC 20037<br>Phone: 202-663-6471<br>stephanie.avakian@wilmerhale.com |

| **O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700 (S.D. Fla.).** | |
|---|---|
| Counsel for Plaintiff: **SERVED VIA EMAIL** | |
| Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com | Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>Two South Biscayne Boulevard, Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com |

| | |
|---|---|
| Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: breichard@fishmanhaygood.com | C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: hpaschal@fishmanhaygood.com |
| James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: jswanson@fishmanhaygood.com | Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com |
| Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: mbergeorn@fishmanhaygood.com | Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com |
| Defendant Sequoia Capital Operations, LLC: | Defendant Silvergate Bank: |
| **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent, CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203 |
| Defendant Signature Bank: | Defendant Deltec Bank and Trust Company Limited: |
| **SERVED VIA U.S. MAIL**<br><br>565 Fifth Avenue<br>New York, NY 70017 | **SERVED VIA U.S. MAIL**<br><br>Deltec House, Lyford Cay<br>Nassau, Bahamas |
| Defendant Farmington State Bank: | Defendant Jean Chalopin: |
| **SERVED VIA U.S. MAIL**<br><br>d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128 | **SERVED VIA U.S. MAIL**<br><br>Deltec House, Lyford Cay<br>Nassau, Bahamas |
| Defendant Thoma Bravo L.P. | Defendant Paradigm Operations LP: |

| | |
|---|---|
| **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent,<br>CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent, Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 |
| Defendant Temasek Holdings (Private) Limited | Defendant Softbank Vision Fund (AIV M2) L.P. |
| **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 | **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 |
| Defendant Ribbit Capital, L.P. | Defendant Altimeter Capital Management, L.P. |
| **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801 | **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St. Wilmington, DE 19801 |
| Multicoin Capital Management LLC: | Defendant Tiger Global Management, LLC: |
| **SERVED VIA U.S. MAIL**<br><br>501 West Ave., Apt. 3803<br>Austin, TX 78701 | **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent,<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Defendant Sino Global Capital Limited: | Defendant Fenwick & West LLP: |
| **SERVED VIA U.S. MAIL**<br><br>c/o Matthew Graham Chaoyang, Beijing, Beijing Shi, 100125, China | **SERVED VIA U.S. MAIL**<br><br>Silicon Valley Center 801 California Street Mountain View, CA 94041 |
| Defendant Prager Metis CPAs, LLC: | Defendant Armanino, LLP: |
| **SERVED VIA U.S. MAIL**<br><br>14 Penn Plaza, Suite 1800 New York, NY 10121 | **SERVED VIA U.S. MAIL**<br><br>12657 Alcosta Blvd, Suite 500<br>San Ramon, CA 94583 |
| Defendant Softbank Group Corp.: | |

| | |
|---|---|
| **SERVED VIA U.S. MAIL**<br><br>Attn: SBGI Legal 1 Circle Star Way, 4F San Carlos, CA 94070 | |

| | |
|---|---|
| **Magleby, et al. v. Silvergate Bank, et al., No. 3:23-cv-00669-AGT (N.D. Cal.)** | |
| Counsel for Plaintiffs: **SERVED VIA EMAIL** | |
| Daniel C. Girard<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>Fax: 415-981-4846<br>Email: dgirard@girardsharp.com | Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br>Email: apolk@girardsharp.com |
| Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street. Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>Fax: (415) 981-4846<br>Email: tomw@girardsharp.com | Jason Scott Hartley<br>Hartley LLP<br>101 W. Broadway<br>Suite 820<br>San Diego, CA 92101<br>(619) 400-5822<br>Fax: (619) 400-5832<br>Email: hartley@hartleyllp.com |
| Jason Michael Lindner<br>Hartley LLP<br>101 W. Broadway<br>Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>Fax: 619-400-5832<br>Email: lindner@hartleyllp.com | |
| Defendant Silvergate Bank: | Defendant Silvergate Capital Corporation: |
| **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent,<br>CT Corporation System<br>330 N. Brand Blvd., Ste. 700<br>Glendale, CA 91203 | **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent,<br>CT Corporation System<br>330 N. Brand Blvd., Ste. 700<br>Glendale, CA 91203 |

| | |
|---|---|
| **Bhatia v. Silvergate Bank et al., No. 3:23-cv-00667-AGT (N.D. Cal.)** | |
| Counsel for Plaintiff: **SERVED VIA EMAIL** | |
| Matthew W. Reiser , Reise<br>Reiserlaw<br>1475 N. Broadway, Suite 300 | Michael Joseph Reiser<br>Reiser Law p.c.<br>1475 N. Broadway |

| | |
|---|---|
| Walnut Creek, CA 94596<br>(925) 256-0400<br>Email: matthew@reiserlaw.com | Suite #300<br>Walnut Creek, CA 94596<br>(925)256-0400<br>Fax: 925-476-0304<br>Email: Michael@reiserlaw.com |
| Defendant Silvergate Bank: | Defendant Silvergate Capital Corporation: |
| **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent,<br>CT Corporation System<br>330 N. Brand Blvd., Ste. 700<br>Glendale, CA 91203 | **SERVED VIA U.S. MAIL**<br><br>Through It's Registered Agent,<br>CT Corporation System<br>330 N. Brand Blvd., Ste. 700<br>Glendale, CA 91203 |
| Counsel for Defendant Alan J Lane: **SERVED VIA EMAIL** | |
| John Michael Landry<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com | Madalyn Annabel Macarr<br>Sheppard Mullin Richter & Hampton LLP<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>mmacarr@sheppardmullin.com |
| Polly Towill<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-617-5480<br>213-620-1398<br>ptowill@sheppardmullin.com | |