# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3076__ & TITLE - IN RE: __FTX Collapse Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

See attached Schedule of Actions.
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Prager Metis CPAs, LLC__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Irene Yang
_____
Signature of Attorney

Sidley Austin LLP
_____
Name of Firm

555 California Street
_____
Address

San Francisco, CA 94104
_____
City/State/Zip Code

March 3, 2023
Date _____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX COLLAPSE LITIGATION | MDL Docket: 3076 |
|---|---|

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendants | Civil Action No. | District | Judge |
|---|---|---|---|---|
| Edwin Garrison<br>Gregg Podalsky<br>Skyler Lindeen<br>Alexander Chernyavsky<br>Gary Gallant<br>David Nicol<br>Sunil Kavuri | Samuel Bankman-Fried<br>Thomas Brady<br>Gisele Bundchen<br>Stephen Curry<br>Golden State Warriors LLC<br>Shaquille O'Neal<br>Udonis Haslem<br>David Ortiz<br>William Trevor Lawrence<br>Shohei Ohtani<br>Naomi Osaka<br>Lawrence Gene David<br>Kevin O'Leary<br>Caroline Ellison<br>Sam Trabucco<br>Gary Wang<br>Nishad Singh<br>Dan Friedberg | 1:22-cv-23753 | S.D. Fla. | Judge K. Michael Moore<br>Magistrate Judge Jacqueline Becerra |
| Joewy Gonzalez | Silvergate Bank<br>Silvergate Capital Corp.<br>Alan J. Lane | 3:22-cv-01981 | S.D. Cal. | Judge Roger T. Benitez<br>Magistrate Judge William V. Gallo |

1

2

| Plaintiffs | Defendants | Civil Action No. | District | Judge |
|---|---|---|---|---|
| Russell Hawkins | Samuel Bankman-Fried<br>Caroline Ellison<br>Zixiao "Gary" Wang<br>Nishad Singh<br>Armanino, LLP<br>Prager Metis CPAs, LLC | 3:22-cv-07620 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Andrawes Husary<br>Francisco De Tomaso<br>Soham Bhatia<br>Michael Hawwa | Silvergate Bank<br>Silvergate Capital Corp.<br>Alan J. Lane | 3:23-cv-00038 | S.D. Cal. | Judge Roger T. Benitez<br>Magistrate Judge William V. Gallo |
| Michael Elliott Jessup | Samuel Bankman-Fried<br>Caroline Ellison<br>Nishad Singh<br>Gary Wang<br>Sam Trabucco | 3:22-cv-07666 | N.D. Cal. | Judge Jacqueline Scott Corley |

| Plaintiffs | Defendants | Civil Action No. | District | Judge |
|---|---|---|---|---|
| Elliott Lam<br>Julia Papadakis<br>Russell Hawkins<br><br>*Movants*:<br>Michael Elliott Jessup<br>Stephen T. Pierce<br>Julie Chon Papadakis<br>Soham Bhatia<br>Matson Magleby<br>Golam Sakline<br>Nicole Keane<br><br>*Interested Party*:<br>Patrick Rabbitte | Samuel Bankman-Fried<br>Caroline Ellison<br>Golden State Warriors, LLC | 3:22-cv-07336 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Michael Norris<br>Brandon Rowan<br>Michael Livieratos<br>Shengyun Huang<br>Vijeth Shetty<br>Bo Yang | Thomas Brady<br>Kevin O'Leary<br>David Ortiz | 1:23-cv-20439 | S.D. Fla. | Judge Cecilia M. Altonaga |
| Julie Papadakis | Samuel Bankman-Fried<br>Caroline Ellison<br>Zixiao Gary Wang<br>Nishad Singh<br>Armanino, LLP<br>Prager Metis CPAs, LLC | 3:23-cv-00024 | N.D. Cal. | Judge Jacqueline Scott Corley |

3

| Plaintiffs | Defendants | Civil Action No. | District | Judge |
|---|---|---|---|---|
| Stephen T. Pierce | Samuel Bankman-Fried<br>Caroline Ellison<br>Zixiao Wang<br>Nishad Singh<br>Armanino, LLP<br>Prager Metis CPAs, LLC | 3:22-cv-07444 | N.D. Cal. | Judge Jacqueline Scott Corley |
| Gregg Podalsky<br>Skyler Lindeen<br>Alexander Chernyavsky<br>Gary Gallant<br>David Nicol<br>Sunil Kavuri<br>Edwin Garrison | Samuel Bankman-Fried<br>Tom Brady<br>Gisele Bundchen<br>Kevin O'Leary<br>Udonis Haslem<br>David Ortiz<br>Caroline Ellison<br>Sam Trabucco<br>Gary Wang<br>Nishad Singh<br>Dan Friedberg<br>Stephen Curry<br>Golden State Warriors LLC<br>Shaquille O'Neal<br>William Trevor Lawrence<br>Shohei Ohtani<br>Naomi Osaka<br>Lawrence Gene David | 1:22-cv-23983 | S.D. Fla. | Judge K. Michael Moore |

4

5

| Plaintiffs | Defendants | Civil Action No. | District | Judge |
|---|---|---|---|---|
| Jose Tomas Sepulveda Zuleta<br>Michael Lehrer<br>Tristan Newman | Silvergate Capital Corp.<br>Alan J. Lane<br>Christopher M. Lane<br>Tyler J. Pearson<br>Jason Brenier | 3:22-cv-01901 | S.D. Cal. | Judge Roger T. Benitez<br>Magistrate Judge William V. Gallo |