# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX COLLAPSE LITIGATION | MDL No. 3076 |
|---|---|

## CORRECTED PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that Stephen Curry was served with Edward Soto's Notice of Appearance [ECF 79] via U.S. Mail on March 29, 2023. Counsel and all other parties were served in the manners indicated and addressed on the attached Service List on March 24, 2023.

March 29, 2023

Respectfully submitted,

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Edward Soto*

Edward Soto
Edward.soto@weil.com
Fla. Bar No. 265144
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: 305-577-3100
Facsimile: 305-374-7159

*Counsel for Defendant Shohei Ohtani*

## SERVICE LIST

| VIA EMAIL | VIA EMAIL |
|---|---|
| William M. Audet<br>Ling Y. Kuang<br>Kurt D. Kessler<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br>kkessler@audetlaw.com<br>AUDET & PARTNERS, LLP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102-3275<br>415-568-2555<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br>kkessler@audetlaw.com<br><br>Robert L. Lieff<br>P.O. Drawer A<br>Rutherford, California 94573<br>rlieff@lieff.com<br><br>Edward Lehman<br>Jacob Blacklock<br>LEHMAN, LEE & XU LLC<br>c/o LEHMAN, LEE & XU<br>Suite 3313, Tower One, Times Square 1 Matheson Street,<br>Causeway Bay, Hong Kong<br>852-588-2127<br>elehman@lehmanlaw.com<br>jblacklock@lehmanlaw.com<br><br>*Counsel for Plaintiff Elliott Lam*<br>   *Lam v. Bankman-Fried, No. 22-cv-7336-JSC (N.D. Cal.)* | Jennifer Pafiti<br>POMERANTZ LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024<br>310-405-7190<br>jpafiti@pomlaw.com<br><br>Jeremy A. Lieberman<br>J. Alexander Hood II<br>Christopher Phillip Taylor Tourek<br>ctourek@pomlaw.com<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>212-661-1100<br>jalieberman@pomlaw.com<br>ahood@pomlaw.com<br><br>Joshua B. Silverman<br>Pomerantz LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>312-377-1181<br>jbsilverman@pomlaw.com<br><br>Peretz Bronstein<br>Eitan Kimelman<br>BRONSTEIN, GEWIRTZ & GROSSMAN, LLC<br>60 East 42nd Street, Suite 4600<br>New York, New York 10165<br>212-697-6484<br>peretz@bgandg.com<br>eitank@bgandg.com<br><br>*Counsel for Plaintiff Russell Hawkins*<br>   *Hawkins v. Bankman-Fried, et al.*, No. 3:22-cv-07620-JSC (N.D. Cal.) |

| **VIA EMAIL**<br><br>Rafey S. Balabanian<br>Todd Logan<br>Yaman Salahi<br>P. Solange Hilfinger-Pardo<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>415-212-9300<br>rbalabanian@edelson.com<br>tlogan@edelson.com<br>ysalahi@edelson.com<br>shilfingerpardo@edelson.com<br><br>*Counsel for Plaintiff Michael Jessup*<br>   *Jessup v. Samuel Bankman-Fried*, No. 22-cv-7666-JSC (N.D. Cal.) | **VIA EMAIL**<br><br>Marshal J. Hoda<br>The Hoda Law Firm, PLLC<br>12333 Sowden Road, Suite B<br>Houston, TX 77080<br>832-848-0036<br>marshal@thehodalawfirm.com<br><br>Steven C. Vondran<br>steve@vondranlegal.com<br>The Law Offices of Steven C. Vondran, PC<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>877-276-5084<br>steve@vondranlegal.com<br><br>*Counsel for Plaintiff Stephen Pierce*<br>   *Pierce v. Bankman-Fried et al.*, No. 3:22-cv- 07444-JSC (N.D. Cal.) |
|---|---|
| **VIA EMAIL**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>Howard M. Bushman<br>Barbara C. Lewis<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Jose Manuel Ferrer<br>Mark Migdal and Hayden<br>80 SW 8 Street Suite 1999<br>Miami, FL 33131<br>305-374-0440<br>jose@markmigdal.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Boies Schiller & Flexner | **VIA EMAIL**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>Howard M. Bushman<br>Barbara C. Lewis<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br>tulrich@bsfllp.com |

3

| | |
|---|---|
| 100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br><br>Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>*Counsel for Plaintiffs*<br>   *Norris et al v. Brady et al*, No. 1:23-cv-<br>   20439-KMM (S.D. Fla.)<br><br><br>**VIA EMAIL**<br><br>Adam M. Moskowitz<br>Joseph M. Kaye<br>Howard M. Bushman<br>Barbara C. Lewis<br>The Moskowitz Law Firm, PLLC<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134-6036<br>305-740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br><br>Stephen N. Zack<br>Ursula Ungaro<br>Tyler Evan Ulrich<br>Boies Schiller & Flexner<br>100 SE 2nd Street Suite 2800<br>Miami, FL 33131-2144<br>305-539-8400<br>305-539-1307<br>szack@bsfllp.com<br>uungaro@bsfllp.com (Inactive)<br>tulrich@bsfllp.com | Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>*Counsel for Plaintiffs*<br>   *Garrison et al v. Bankman-Fried et al*,<br>   No. 1:22-cv-23753-KMM (S.D. Fla.)<br><br><br><br><br><br><br><br>**VIA EMAIL**<br><br>Adam E. Polk<br>Daniel C. Girard<br>Tom Lane Watts<br>Girard Sharp LLP<br>601 California Street Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br>dgirard@girardsharp.com<br>tomw@girardsharp.com<br><br>Jason S. Hartley<br>Hartley LLP<br>101 West Broadway Suite 820<br>San Diego, CA 92101<br>619-400-5822<br>619-400-5832<br>hartley@hartleyllp.com<br><br>Makenna Cox<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800 |

4

| | |
|---|---|
| Alexander Boies<br>David Boies<br>Boies Schiller Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>914-749-8200<br>aboies@bsfllp.com<br>dboies@bsfllp.com<br><br>*Counsel for Plaintiffs*<br>    *Podalsky et al v. Bankman-Fried et al*,<br>    No. 1:22-cv-23983-KMM (S.D. Fla.) | mcox@girardsharp.com<br><br>*Counsel for Plaintiffs*<br>    *Gonzalez v. Silvergate Bank et al*,<br>    No. 3:22-cv-01981-BEN-WVG (S.D. Cal.)<br>    *Magleby et al v. Silvergate Bank et al*,<br>    No. 3:23-cv-00669-AGT (N.D. Cal.) |
| **VIA EMAIL**<br><br>Caroline S. Emhardt<br>Jack Fitzgerald<br>Melanie Rae Persinger<br>Paul K. Joseph<br>Fitzgerald Joseph LLP<br>Trevor Matthew Flynn<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>619-215-1741<br>caroline@fitzgeraldjoseph.com<br>jack@fitzgeraldjoseph.com<br>melanie@fitzgeraldjoseph.com<br>paul@fitzgeraldjoseph.com<br>trevor@fitzgeraldjoseph.com<br><br>Thomas Joseph O'Reardon, II<br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>619-338-1100<br>619-338-1101<br>toreardon@bholaw.com<br>tblood@bholaw.com<br><br>*Counsel for Plaintiffs Statistical Capital Ltd.*<br>    *and Statistica Ltd. Statistica Capital Ltd. et*<br>    *al v. Signature Bank*, No. 1 1:23-cv-00993-<br>    ALC (S.D.N.Y.) | **VIA EMAIL**<br><br>Brandon Scott Floch<br>Jeffrey Eldridge Marcus<br>Michael Anthony Pineiro<br>Marcus Neiman Rashbaum & Pineiro LLP<br>2 South Biscayne Blvd., Suite 2530<br>Miami, FL 33131<br>305-434-4943<br>bfloch@mnrlawfirm.com<br>jmarcus@mnrlawfirm.com<br>mpineiro@mnrlawfirm.com<br><br>Jeffrey Adam Neiman<br>Neiman & Rashbaum LLP<br>100 Southeast Third Avenue, Suite 805<br>Fort Lauderdale, FL 33394<br>954-462-1200<br>954-688-2492<br>jneiman@mnrlawfirm.com<br><br>Andrew B. Brettler<br>Berk Brettler LLP<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>310-278-2111<br>abrettler@berkbrettler.com<br><br>*Counsel for Defendant Kevin O'Leary*<br>    *Norris et al v. Brady et al*, No. 1:23-cv-<br>    20439-KMM (S.D. Fla.); *Garrison et al v.*<br>    *Bankman-Fried et al*, No. 1:22-cv-23753-<br>    KMM (S.D. Fla.); *Podalsky et al v.*<br>    *Bankman-Fried et al*, No. 1:22-cv-23983- |

| | |
|---|---|
| | KMM (S.D.Fla.) |
| **VIA EMAIL**<br><br>Andrew B. Clubok<br>Susan E. Engel<br>Brittany M.J. Record<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>202-637-2200<br>andrew.clubok@lw.com<br>Brittany.Record@lw.com<br>Susan.Engel@lw.com<br><br>Marvin Putnam<br>Jessica Stebbins Bina<br>Elizabeth A. Greenman<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>424-653-5500<br>Elizabeth.Greenman@lw.com<br>Jessica.stebbinsbina@lw.com<br>Marvin.Putnam@lw.com<br><br>Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>714-540-1235<br>michele.johnson@lw.com | **VIA EMAIL**<br><br>Christopher Stephen Carver<br>Akerman LLP<br>Three Brickell City Centre Suite 1100<br>98 Southeast Seventh Street<br>Miami, FL 33131<br>305-982-5572<br>305-374-5095<br>christopher.carver@akerman.com<br><br>Jason Samuel Oletsky<br>Katherine Ann Johnson<br>Akerman LLP<br>201 East Las Olas Boulevard Ste 1800<br>Fort Lauderdale, FL 33301<br>954-759-8909<br>954-463-2224<br>jason.oletsky@akerman.com<br>Katie.johnson@akerman.com<br><br>*Counsel for Defendant David Ortiz Norris et al v. Brady et al*, No. 1:23-cv-20439-KMM (S.D. Fla.); Garrison et al v. *Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |
| Roberto Martinez<br>Stephanie Anne Casey<br>Zachary Andrew Lipshultz<br>Colson Hicks Eidson<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>305-476-7400<br>305-476-7444<br>bob@colson.com<br>scasey@colson.com<br>zach@colson.com<br><br>*Counsel for Defendant Thomas Brady Norris et al v. Brady et al*, No. 1:23-cv-20439- | **VIA EMAIL**<br><br>Stephanie Avakian<br>Wilmer Hale<br>2100 Pennsylvania Avenue NW<br>Washington<br>DC 20037<br>202-663-6471<br>stephanie.avakian@wilmerhale.com<br><br>*Defendant Caroline Ellison*<br>    *Garrison et al v. Bankman-Fried et al*,<br>    No. 1:22-cv-23753-KMM (S.D. Fla.);<br>    *Podalsky et al v. Bankman-Fried et al*, |

6

KMM (S.D. Fla.); *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) (as consolidated in *Garrison*)

*Counsel for Defendant Gisele Bundchen*
  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv- 23983-KMM (S.D. Fla.)

*Counsel for Defendant Lawrence Gene David*
  *Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv- 23983-KMM (S.D. Fla.) (as consolidated in *Garrison*)

No. 1:22-cv- 23983-KMM (S.D. Fla.) *Papadakis v. Bankman-Fried et al*, No. 3:23-CV-00024- JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22- cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444- JSC (N.D. Cal.); *Lam et al v. Bankman-Fried*, No. 3:22-cv-07336-JSC

---

**VIA EMAIL**

David Alan Rothstein
Alexander Manuel Peraza
Eshaba Jahir-Sharuz
Dimond Kaplan & Rothstein
2665 South Bayshore Drive, PH-2B
Coconut Grove, FL 33133
305-374-1920
Fax: 374-1961
drothstein@dkrpa.com
aperaza@dkrpa.com
Email: eshaba@dkrpa.com

Eric A. Fitzgerald
Hillary N. Ladov
McAngus Goudelock & Courie LLC
2000 Market Street, Suite 780
Philadelphia, PA 19103
484-406-4334
eric.fitzgerald@mgclaw.com
hillary.ladov@mgclaw.com

*Counsel for Defendant William Trevor Lawrence*
  *Garrison et al v. Bankman- Fried et al*,

**VIA EMAIL**

Jeremy D. Mishkin
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103-7505
Direct: 215-772-7246
jmishkin@mmwr.com

Marc R. Lewis
Lewis & Llewellyn LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
415-800-0590
mlewis@lewisllewellyn.com

*Counsel for Defendant Samuel Bankman-Fried Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv- 23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024- JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.) *Hawkins v. Bankman-*

No. 1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman- Fried et al*, Case No. 1:22- cv-23983-KMM (S.D. Fla.)

**VIA EMAIL**

Gibson, Dunn & Crutcher LLP
Matthew S. Kahn
555 Mission Street
San Francisco, CA 94105-0921
415-393-8212
MKahn@gibsondunn.com

*Counsel for Defendant Golden State Warriors, LLC*
  *Garrison et al v. Bankman-Fried et al*, No.1:22-cv-23753-KMM (S.D. Fla.); P*odalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Lam et al v. Bankman-Fried*, No. 3:22-cv-07336-JSC

**VIA EMAIL**

Andrew Goldstein
Cooley LLP
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004-2400
agoldstein@cooley.com
202-842-7800
*Defendant Nishad Singh*
  *Garrison et al v. Bankman-Fried et al*, No.1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.);*Hawkins v. Bankman-Fried et al*, No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D. Cal.)

*Fried et al*, No. 3:22- cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444- JSC (N.D. Cal.)

**VIA EMAIL**

Gerald E. Greenberg
Adam M. Schachter
Gelber Schachter & Greenberg, P.A.
SunTrust International Center
One Southeast Third Ave., Suite 2600
Miami, FL 33131
305-728-0950
greenberg@gsgpa.com
aschachter@gsgpa.com
efilings@gsgpa.com

*Counsel for Defendant Samuel Bankman-Fried Garrison et al v. Bankman-Fried et al*, No. 1:22-cv-23753-KMM (S.D. Fla.)

**VIA EMAIL**

Alex B. Miller
Fried Frank
One New York Plaza
New York, New York 10004
212-859-8000
alex.miller@friedfrank.com

*Defendant Zixiao Gary Wang*
  *Garrison et al v. Bankman-Fried et al*, No.1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et a*l, No. 1:22-cv-23983-KMM (S.D. Fla.); *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Jessup v. Bankman-Fried et al*, No. 3:22-cv-07666-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-CV-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-CV-07444-JSC (N.D. Cal.)

| | |
|---|---|
| **VIA EMAIL**<br><br>Frederic S. Fox<br>Jeffrey Philip Campisi<br>Joel B. Strauss<br>Kathleen A. Herkenhoff<br>Laurence D. King<br>Kaplan Fox & Kilsheimer<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>212-687-1980<br>FFox@kaplanfox.com<br>jcampisi@kaplanfox.com<br>jstrauss@kaplanfox.com<br>Kherkenhoff@kaplanfox.com<br>lking@kaplanfox.com<br><br>*Counsel for Plaintiff Julie Papadakis,*<br>    *Papadakis v. Bankman-Fried, et al.*, Case<br>    No.: 3:23-cv-00024 (N.D. Cal.)<br><br>**VIA EMAIL**<br><br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave., NW, Suite 900<br>Washington, DC 20037-1701<br>202-955-1500<br>mbosher@huntonAK.com<br><br>*Defendant Armanino LLP*<br>    *Lucky D., et al. v. Armanino, LLC, et al.,*<br>    *No 2:23-cv-00389 (D.N.J.)* | **VIA EMAIL**<br><br>Ann Marie Mortimer<br>Kirk Austin Hornbeck<br>Hunton Andrews Kurth LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>213-532-2103<br>amortimer@HuntonAK.com<br>khornbeck@HuntonAK.com<br><br>Thomas Richard Waskom<br>Hunton Andrews Kurth LLP<br>951 East Byrd St.<br>Richmond, VA 23219<br>804-788-8403<br>twaskom@HuntonAK.com<br><br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave., NW, Suite 900<br>Washington, DC 20037-1701<br>202-955-1500<br>mbosher@huntonAK.com<br><br>*Defendant Armanino LLP*<br>    *Papadakis v. Bankman-Fried et al*, No.<br>    3:23-cv-00024-JSC (N.D. Cal.); *Hawkins*<br>    *v. Bankman-Fried et al*, No. 3:22-cv-<br>    07620-JSC (N.D. Cal.), *Pierce et al v.*<br>    *Bankman-Fried et al*, No. 3:22-cv-07444-<br>    JSC (N.D. Cal.) |

| **VIA EMAIL**<br><br>Isabella Martinez<br>Matthew Whitacre Reiser<br>Michael J Reiser<br>Reiser Law PC<br>1475 North Broadway, Suite 300<br>Walnut Creek, CA 94596<br>925-256-0400<br>isabella@reiserlaw.com<br>matthew@reiserlaw.com<br>michael@reiserlaw.com<br><br>*Counsel for Plaintiffs Andrawes Husary, Francisco De Tomaso, Soham Bhatia Michael Hawwa,*<br>    *Husary, et al. v. Silvergate Bank, et al.,*<br>    Case No.: 3:23-CV-00038 (N.D. Cal.) | **VIA EMAIL**<br><br>Samuel Alberto Danon<br>Thmas K. Schulte<br>Hunton Andrews Kurth LLP<br>333 S.E. 2 Avenue<br>Suite 2400<br>Miami, FL 33131<br>305-810-2500<br>sdanon@huntonak.com<br>tschulte@huntonak.com<br><br>Matthew P. Bosher<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Ave., NW, Suite 900<br>Washington, DC 20037-1701<br>202-955-1500<br>mbosher@huntonAK.com<br><br>*Counsel for Defendant Armanino, LLP*<br>    *O'Keefe v. Sequoia Capital Operations,*<br>    *LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla.) |
|---|---|
| **VIA EMAIL**<br><br>Amy Michelle Bowers<br>Jorge A. Perez Santiago<br>Timothy Andrew Kolaya<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>abowers@sfslaw.com<br>jperezsantiago@sknlaw.com<br>tkolaya@sknlaw.com<br><br>**VIA EMAIL**<br>Benjamin D. Reichard<br>C. Hogan Paschal<br>James R. Swanson<br>Kerry James Miller<br>Monica Bergeron | **VIA EMAIL**<br><br>John Michael Landry<br>Madalyn Annabel Macarr<br>Polly Towill<br>Sheppard Mullin Richter & Hampton<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>213-620-1780<br>213-620-1398<br>jlandry@sheppardmullin.com<br>mmacarr@sheppardmullin.com<br>ptowill@sheppardmullin.com<br>*Counsel for Defendants Silvergate Bank, Silvergate Capital Corp., and Alan J. Lane*<br>    *Gonzalez v. Silvergate Bank et al*, No. 3:22-cv-01981-BEN-WVG (S.D. Cal.);<br>    *Husary et al v. Silvergate Bank et al*, No. 3:23-cv-00038-BEN-WVG (S.D. Cal.) |

Fishman Haygood L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170 (504)586-5252
breichard@fishmanhaygood.com
hpaschal@fishmanhaygood.com
jswanson@fishmanhaygood.com
kmiller@fishmanhaygood.com
mbergeron@fishmanhaygood.com

*Counsel for Plaintiff O'Keefe*
   *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)

**VIA EMAIL**

Jason Kenneth Kellogg
Levine Kellogg Lehman Schneider & Grossman
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
305-403-8788
jk@lklsg.com

*Plaintiff Soham Bhatia*
   *Husary et al v. Silvergate Bank et al*, No. 3:23-cv-00038-BEN-WVG (S.D. Cal.)

**VIA EMAIL**

Telemachus Kasulis
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Ave
New York, NY 10017
212-880-9555
tkasulis@maglaw.com

*Defendant Dan Friedberg*
   *Garrison et al v. Bankman-Fried et al*, No.1:22-cv-23753-KMM (S.D. Fla.);
   *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)

**VIA EMAIL**

Bruce R. Braun
Joanna R. Travalini
Tommy Hoyt
Sidley Austin LLP
1 S. Dearborn
Chicago, IL 60603
(312) 853-7000
bbraun@sidley.com
iross@sidley.com
thoyt@sidley.com

Ian M. Ross
Sidley Austin LLP
801 Brickell Avenue
Suite 800
33131
Miami, FL 33131
305-391-5218
iross@sidley.com

*Defendant Prager Metis CPAs, LLC*
   *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla.)

**VIA EMAIL**

Jennifer Kennedy Park
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
jkpark@cgsh.com

Joon Kim
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
jkim@cgsh.com

Paul Courtney Huck , Jr.

11

**VIA EMAIL**

Rosemary Quinn Barry
Federal Deposit Insurance Corporation
350 Fifth Avenue
Suite 1200
New York, NY 10118
917-320-2862
rbarry@FDIC.gov

*Defendant Signature Bank*
   *Statistica Capital Ltd. et al v. Signature Bank*, No. 1 1:23-cv-00993-ALC (S.D.N.Y.)

**VIA EMAIL**

Bruce Roger Braun
Joanna Rubin Travalini
Tommy Hoyt
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2077
bbraun@sidley.com
jtravalini@sidley.com
thoyt@sidley.com

Sarah Alison Hemmendinger
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-7413
415-772-7400
shemmendinger@sidley.com

Lawson Huck Gonzalez, PLLC
334 Minorca Avenue
Coral Gables, FL 33134
paul@lawsonhuckgonzalez.com

*Defendant Sequoia Capital Operations, LLC*
   *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)

**VIA EMAIL**

Marisa Rosen Dorough
Baker, Donelson, Bearman, Caldwell & Berkiwitz PC
P. O. Box 1549
Orlando, FL 32802
(470) 422-6600
mdorough@bakerdonelson.com

*Defendant Farmington State Bank d/b/a Moonstone Bank*
   *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)

**VIA EMAIL**

Stephen Patrick Warren
Holland & Knight
701 Brickell Avenue
Suite 3300
Miami, FL 33131
305-374-8500
stephen.warren@hklaw.com

Benjamin Joseph Tyler
Holland and Knight LLP
1031 Alhambra Circle
Coral Gables, FL 33134
7862527121
benjamin.tyler@hklaw.com

John Landry
Madalyn A. Macarr
Polly Towill
Sheppard, Mullin, Richter & Hampton, LLP

| | |
|---|---|
| *Counsel for Defendant Prager Metis CPAs LLC*<br>    *Papadakis v. Bankman-Fried et al*, No. 3:23-cv-00024-JSC (N.D. Cal.); *Hawkins v. Bankman-Fried et al*, No. 3:22-cv-07620-JSC (N.D. Cal.), *Pierce et al v. Bankman-Fried et al*, No. 3:22-cv-07444-JSC (N.D.Cal.) | 333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>(213) 620-1780<br>Email: jlandry@sheppardmullin.com<br><br>*Defendant Silvergate Bank*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA EMAIL**<br><br>Thomas Todd Pittenger<br>GrayRobinson, P.A.<br>301 East Pine Street, Suite 1400<br>Orlando, FL 32801<br>407-843-8880<br>todd.pittenger@gray-robinson.com<br><br>Alexander C. Drylewski<br>Skadden, Arps, Slate, Meagher & From LLP<br>One Manhattan West<br>New York, NY 10001<br>212-735-3000<br>alexander.drylewski@skadden.com<br><br>Mark R.S. Foster<br>Skadden, Arps, Slate, Meagher & From LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>650-470-4500<br>mark.foster@skadden.com<br><br>*Defendant Paradigm Operations LP*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA EMAIL**<br><br>Jay Brian Shapiro<br>Alejandro D. Rodriguez<br>Stearns Weaver Miller Weissler Alhadeff & Sitterson<br>Museum Tower<br>150 W Flagler Street<br>Suite 2200<br>Miami, FL 33130<br>305-789-3229<br>jshapiro@stearnsweaver.com<br>arodriguez@stearnsweaver.com<br><br>Amy Longo<br>Ropes & Gray LLP<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067<br>310-975-3269<br>Amy.Longo@ropesgray.com<br><br>David B. Hennes<br>Lauren M. Bergelson<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>212-596-9695<br>David.Hennes@ropesgray.com<br>Lauren.Bergelson@ropesgray.com<br><br>*Defendant Altimeter Capital Management, LP*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |


| | |
|---|---|
| **VIA U.S. MAIL**<br><br>Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017<br><br>*Defendant Signature Bank*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | **VIA U.S. MAIL**<br><br>Thoma Bravo L.P.<br>c/o Registered Agent - CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br><br>*Defendant Thoma Bravo L.P.*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>Shaquille O'Neal<br>4012 Sahara Ct,<br>Carrollton, TX 75010<br><br>*Defendant Shaquille O'Neal*<br>    *Garrison et al v. Bankman-Fried et al*, No.1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>*Temasek Holdings (Private) Limited*<br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>*Defendant Temasek Holdings (Private) Limited*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) |
| **VIA U.S. MAIL**<br><br>*Softbank Vision Fund (AIV M2) L.P.*<br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Softbank Vision Fund (AIV M2) L.P.*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>**VIA U.S. MAIL**<br><br>*Prager Metis CPAs, LLC*<br>14 Penn Plaza, Suite 1800<br>New York, NY 10121<br>*Defendant Prager Metis CPAs, LLC* | **VIA U.S. MAIL**<br><br>Sino Global Capital Limited<br>c/o Matthew Graham<br>Chaoyang, Beijing, Beijing Shi, 100125, China<br><br>*Defendant Sino Global Capital Limited*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>**VIA U.S. MAIL**<br>Sam Trabucco<br>36 Winner Circle,<br>Wells ME 04090-5174<br><br>*Consol Defendant, Sam Trabucco* |

| | |
|---|---|
| *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla) | *Garrison et al v. Bankman-Fried et al*, No.1:22-cv-23753-KMM (S.D. Fla.); *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.); *Jessup v. Bankman-Fried et al,* No. 3:22-cv-07666-JSC (N.D. Cal.) |
| **VIA U.S. MAIL**<br><br>Tiger Global Management, LLC<br>c/o Registered Agent - Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>*Defendant Tiger Global Management, LLC*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>**VIA U.S. MAIL**<br><br>Udonis Haslem<br>5450 SW 192nd Terrace<br>Southwest Ranches, Florida 33332<br><br>*Defendant Udonis Haslem*<br>    *Garrison et al v. Bankman-Fried et al*, No.1:22-cv-23753-KMM (S.D. Fla.);<br>    *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.)<br><br>**VIA U.S. MAIL**<br><br>Naomi Osaka<br>9621 Arby Dr.<br>Beverly Hills, California, 90210<br>*Defendant Naomi Osaka*<br>    *Garrison et al v. Bankman-Fried et al*, No.1:22-cv-23753-KMM (S.D. Fla.);<br>    *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) | **VIA U.S. MAIL**<br><br>Softbank Group Corp.<br>Attn: SBGI Legal<br>1 Circle Star Way, 4F<br>San Carlos, CA 94070<br><br>*Defendant Softbank Group Corp.*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>**VIA U.S. MAIL**<br><br>*Multicoin Capital Management LLC*<br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br><br>*Defendant Multicoin Capital Management LLC*<br>    *O'Keefe v. Sequoia Capital Operations, LLC et al*, No. 1:23-cv-20700-JEM (S.D. Fla)<br><br>**VIA U.S. MAIL**<br><br>Stephen Curry<br>1 Warriors Way<br>San Francisco, CA 94158<br><br>Stephen Curry<br>115 Stephanie Lane<br>Alamo, California 94507-1227<br><br>*Defendant Stephen Curry*<br>    *Garrison et al v. Bankman-Fried et al*, No.1:22-cv-23753-KMM (S.D. Fla.);<br>    *Podalsky et al v. Bankman-Fried et al*, No. 1:22-cv-23983-KMM (S.D. Fla.) |