# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIR: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| **Karen K. Caldwell**<br>United States District Court<br>Eastern District of Kentucky | **Nathaniel M. Gorton**<br>United States District Court<br>District of Massachusetts | **Matthew F. Kennelly**<br>United States District Court<br>Northern District of Illinois | **John W. Nichols**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>   Judiciary Building |
| | **David C. Norton**<br>United States District Court<br>District of South Carolina | **Roger T. Benitez**<br>United States District Court<br>Southern District of California | Room G-255, North Lobby<br>Washington, D.C. 20544-0005 |
| | **Dale A. Kimball**<br>United States District Court<br>District of Utah | **Madeline Cox Arleo**<br>United States District Court<br>District of New Jersey | Telephone: (202) 502-2800<br>Fax: (202) 502-2888 |

## ADVISORY

## U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Counsel appearing for oral argument before the Panel and all other individuals planning to attend the Panel hearing are advised to review and abide by the Eastern District of Pennsylvania's Standing Order regarding the possession of cameras and personal electronic devices by courthouse visitors, which can be found at: Standing Order.

In addition, please see and plan to abide by the Eastern District of Pennsylvania's requirements regarding use of masks or face coverings in the courthouse, which can be found on the court's website: https://www.paed.uscourts.gov/.